**SEALED**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALTA GARRETT, | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA06-CV-0174 |
| | § | |
| JUDSON INDEPENDENT SCHOOL | § | |
| DISTRICT, | § | |
| *Defendant.* | § | |

## APPENDIX TO PLAINTIFF'S RESPONSE TO DEFENDANT JUDSON INDEPENDENT SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT

## TABLE OF CONTENTS

All summary judgment evidence in this appendix is incorporated by reference into Ms. Garrett's Response to Defendant Judson Independent School District's Motion for Summary Judgment.

**TAB I:**   Affidavit, Plaintiff Alta Garrett.

Exhibit 1:           Ms. Garrett's Affidavit.

Exhibit 1(A-I):      Ms. Garrett's performance appraisal.

Exhibit 2:           JISD's Special Conference Form dated 2/25/02.

Exhibit 3:           Ms. Garrett's Level One Grievance.

Exhibit 4:           Mr. Neumeyer's letter dated 7/20/04.

Exhibit 5:           Ms. Garrett's detailed notes concerning her disparate treatment in comparison to younger teachers of JISD.

Exhibit 6:           E-mail of Marilyn Childers dated 6/3/03.

WAOBIKEZE & ASSOCIATES
A PROFESSIONAL CORPORATION
9950 Westpark Drive, Suite 424
Houston, TX 77063-5271
TEL: (713) 771-1331
FAX: (713) 771-1471
attys@wapclawyers.com
http//:www.wapclawyers.com

*Garrett* - F:\...\...\05-122102\SA06CA0174\Appendix - Plaintiff's Response in Opposition to Defendant's Mot for Summary Judgment     3/30/2007     Page | 1 of 3

        Exhibit 7:        JISD's policy.

**TAB II:**    Affidavit; Marilyn McKinney.

        Exhibit 1:    Affidavit of Marilyn McKinney.

        Exhibit 2:    Level One Grievance with initial report/results.

        Exhibit 3:    E-mail sent to Sue Sansom, president of JISD Human Resources.

**TAB III:**    Pleadings

        Exhibit 1:    Ms. Garrett's Original Complaint.

**TAB IV:**    Interrogatories

        Exhibit 1:    Defendant's answers to Ms. Garrett's Interrogatories.

**TAB V:**    Deposition; Ms. Garrett's

        Exhibit 1-15:  Ms. Garrett's Deposition Testimony.

**TAB VI:**    Admissions

        Exhibit 1:    Defendant's Admissions.

        Exhibit 2:    Plaintiff's Request for Admissions.

**TAB VII:**    Documentary Evidence;

        Exhibit 1:    Ms. Garrett's Employment Records   - See Tab 1 – Exhibit 1A-I.

        Exhibit 2A-F:  Ms. Garrett's TAKS Benchmark results

        Exhibit 3A-B:  Letters of Mr. Lattimer

        Exhibit 4:    Ms. Garrett's TWC CRD Charge

        Exhibit 5:    Ms. Garrett's EEOC Charge

        Exhibit 6:    TWC CRD Notice of Right to Sue

        Exhibit 7:    EEOC Notice of Right to Sue

        Exhibit 8:    Ms. Garrett witnesses' List disclosed to defendant.

WAOBIKEZE & ASSOCIATES
A PROFESSIONAL CORPORATION
9950 Westpark Drive, Suite 424
Houston, TX 77063-5271
TEL: (713) 771-1331
FAX: (713) 771-1471
attys@wapclawyers.com
http//:www.wapclawyers.com

*Garrett* - F:\...\...\05-122102\SA06CA0174\Appendix - Plaintiff's Response in Opposition to Defendant's Mot for Summary Judgment   3/30/2007   Page | 2 of 3

Exhibit 9:   Defendant's documents with names redacted.

Exhibit 10:  E-Mail of Stacey Decuir

**DATED** this 30th day of March 2007.

>Respectfully Submitted,
>
>WAOBIKEZE & ASSOCIATES, P.C.
>9950 Westpark Drive, Suite 424
>Houston, Texas 77063-5188
>Email: attys@wapclawyers.com
>TEL:   (713) 771-1331
>FAX:   (713) 771-1471
>
>By: _____
>    Ike N.A. Waobikeze, Esq.
>    SBN: 24004975
>
>**ATTORNEY FOR PLAINTIFF**
>**ALTA GARRETT**

## CERTIFICATE OF SERVICE

I certify that I served by Electronic Mail and/or certified mail, return receipt requested, on March 30, 2007, a copy of this Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment on the following party:

A.   The attorney for Defendants, Judson Independent School District; Mary Ann Hisel and Mario A. Barrera of Bracewell & Giulliani L.L.P., at 800 One Alamo Center, 106 South St. Mary's Street, San Antonio, Texas 78205.

>By: _____
>    Ike N.A. Waobikeze, Esq.

WAOBIKEZE & ASSOCIATES
A PROFESSIONAL CORPORATION
9950 Westpark Drive, Suite 424
Houston, TX 77063-5271
TEL: (713) 771-1331
FAX: (713) 771-1471
attys@wapclawyers.com
http//:www.wapclawyers.com

*Garrett* - F:\...\...\05-122102\SA06CA0174\Appendix - Plaintiff's Response in Opposition to Defendant's Mot for Summary Judgment   3/30/2007   Page | 3 of 3