```
 1      EXHIBITS CONT.:

 2
        14   Petitioner's Original Complaint and         157
 3           Demand for Jury Trial

 4      15   01/27/05 Memo, Ruffin to Garrett            165

 5      16   Memo from Alta Garrett                      169

 6      17   TWC Civil Rights Division Case File         181
             Documentation Load
 7
        18   Dismissal and Notice of Right to File a     184
 8           Civil Action

 9      19   11/16/05 Memo, Herrera to Winchester        188

10      20   Dismissal and Notice of Rights              190

11

12                  TIME USED BY ATTORNEYS

13      ATTORNEY                      TIME USED

14      Ms. Hisel                     4 hours 14 minutes
        Mr. Waobikeze                 0 hours  0 minutes
15      Mr. Lyanbadejo                0 hours  0 minutes
```

EDDIE MORRIS-COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232

| | | |
|---|---|---|
| 01:42:48 | 1 | (Time: 9:34) |
| | 2 | ALTA GARRETT, the witness, being duly |
| | 3 | cautioned and sworn to tell the truth, the whole truth |
| | 4 | and nothing but the truth, testified as follows: |
| | 5 | EXAMINATION |
| | 6 | BY MS. HISEL: |
| 09:34:51 | 7 | Q.   Good morning, Ms. Garrett.  My name is Mary Ann |
| | 8 | Hisel. |
| 09:34:54 | 9 | A.   Good morning, Ms. Hisel. |
| 09:34:55 | 10 | Q.   How are you doing today? |
| 09:34:56 | 11 | A.   Just fine.  How are you? |
| 09:34:58 | 12 | Q.   Good.  You and I have never met before, have |
| 09:35:01 | 13 | we? |
| 09:35:02 | 14 | A.   I don't think so. |
| 09:35:02 | 15 | Q.   And here in this room, we've got Henry -- |
| 09:35:05 | 16 | MS. HISEL:  I'm not sure of your last name, |
| 09:35:08 | 17 | Henry. |
| | 18 | MR. LYANBADEJO:  Lyanbadejo. |
| 09:35:12 | 19 | MS. HISEL:  You want to spell that for the |
| 09:35:14 | 20 | court reporter. |
| 09:35:14 | 21 | MR. LYANBADEJO:  It's L-y-a-n-b-a-d-e-j-o. |
| 09:35:18 | 22 | MS. HISEL:  And Waobikeze? |
| 09:35:21 | 23 | MR. WAOBIKEZE:  Correct. |
| 09:35:22 | 24 | MS. HISEL:  And I think that's |
| 09:35:26 | 25 | W-a-o-b-i-k-e-z-e? |

EDDIE MORRIS-COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232

| | | |
|---|---|---|
| 09:35:26 | 1 | MR. WAOBIKEZE: That's correct. |
| | 2 | MS. HISEL: Very good. |
| | 3 | BY MS. HISEL: |
| 09:35:28 | 4 | Q. And I think we're getting started here about |
| 09:35:31 | 5 | 9:37 this morning. Could you state your full name for |
| 09:35:35 | 6 | the record, please? |
| 09:35:37 | 7 | A. Alta Lorraine Garrett. |
| 09:35:40 | 8 | Q. And what is your address? |
| 09:35:42 | 9 | A. 8155 Cantura Mills, Converse, Texas |
| 09:35:49 | 10 | 78109. |
| 09:35:50 | 11 | Q. And what is your -- what is your date of birth, |
| 09:35:53 | 12 | Ms. Garrett? |
| 09:35:54 | 13 | A. 6/13/47. |
| 09:35:59 | 14 | Q. And your Social Security number? |
| 09:36:01 | 15 | A. 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. |
| 09:36:10 | 16 | Q. And your driver's license number? |
| 09:36:13 | 17 | A. 10205543. |
| 09:36:31 | 18 | Q. Okay. Ms. Garrett, I'm marking here Deposition |
| 09:36:34 | 19 | Exhibit Number 1. I'll hand a copy to your counsel |
| 09:36:39 | 20 | what has been marked as Plaintiff's Exhibit -- |
| 09:36:43 | 21 | Deposition Exhibit Number 1 and give you an opportunity |
| 09:36:46 | 22 | to look at that. Did I give you a chance to review it? |
| | 23 | A. Yes. |
| 09:37:14 | 24 | Q. Have you ever seen that before? |
| 09:37:23 | 25 | A. I don't recall seeing it. I may have. I've |

| | | |
|---|---|---|
| 09:37:25 | 1 | looked at so many materials. |
| 09:37:27 | 2 | Q. Sure. |
| 09:37:27 | 3 | A. But I don't recall seeing it. |
| 09:37:29 | 4 | Q. Okay. And does it appear to be the district's |
| 09:37:32 | 5 | notice of the intention to take your deposition today? |
| 09:37:42 | 6 | A. It appears to be. |
| 09:37:43 | 7 | Q. Okay. And we're scheduled here in our office |
| 09:37:46 | 8 | for 9:00 o'clock this morning; correct? |
| 09:37:53 | 9 | A. That's what it states, but I was told it would |
| 09:37:55 | 10 | be at 10:00 o'clock. |
| 09:37:56 | 11 | Q. Oh, okay. Who told you that? |
| 09:37:57 | 12 | A. I was told by my attorneys and also I was told |
| 09:38:01 | 13 | that it was going to be on a different date, but -- |
| 09:38:03 | 14 | Q. Really? |
| 09:38:04 | 15 | A. -- like I said, I have not seen this. |
| 09:38:08 | 16 | Q. But in any case, you -- you were here today and |
| 09:38:09 | 17 | it was -- |
| 09:38:10 | 18 | A. Right. |
| 09:38:10 | 19 | Q. -- if you were told to be here at 10:00, you |
| 09:38:13 | 20 | got here in plenty of time -- |
| 09:38:14 | 21 | A. Right. |
| 09:38:15 | 22 | Q. -- and you actually showed up, which was good. |
| | 23 | A. Okay. |
| 09:38:19 | 24 | Q. All right. Have you ever deposed before? |
| | 25 | A. Supposed? |

| | | |
|---|---|---|
| 09:38:22 | 1 | Q. Deposed. Have you ever been -- |
| 09:38:22 | 2 | A. No, I have not been deposed before. |
| 09:38:24 | 3 | Q. Okay. So this is all new to you? |
| | 4 | A. Yes. |
| 09:38:27 | 5 | Q. All right. And do you understand that you're |
| 09:38:29 | 6 | under oath here during this proceeding and you're sworn |
| 09:38:32 | 7 | to tell the truth? |
| | 8 | A. Yes. |
| 09:38:32 | 9 | Q. And do you understand that in this process, |
| 09:38:35 | 10 | it's as if we are before a jury and what you're telling |
| 09:38:39 | 11 | the court reporter is your testimony as if you were |
| 09:38:42 | 12 | before a jury? |
| | 13 | A. Yes. |
| 09:38:44 | 14 | Q. And do you understand that the court reporter |
| 09:38:48 | 15 | obviously is here today with us, but if you shake your |
| 09:38:50 | 16 | head, that's not something that she can put down in the |
| 09:38:54 | 17 | materials as she takes our testimony today; correct? |
| 09:38:57 | 18 | A. Right. Correct. |
| 09:38:58 | 19 | Q. Okay. So will you do me the favor of whenever |
| 09:39:01 | 20 | I ask you a question, if you would -- and you're doing |
| 09:39:03 | 21 | a great job so far -- of verbally and audibly |
| 09:39:06 | 22 | responding with either a yes or a no or whatever |
| 09:39:08 | 23 | testimony you might have? |
| | 24 | A. Yes. |
| 09:39:11 | 25 | Q. Great. And because she is taking this |

| | | |
|---|---|---|
| 09:39:16 | 1 | testimony today and there are several of us in here, |
| 09:39:19 | 2 | will you also do me the favor of working with me that I |
| 09:39:22 | 3 | don't interrupt you and you don't interrupt me as we -- |
| 09:39:25 | 4 | as we go through taking the -- the -- go through |
| 09:39:27 | 5 | questions today? |
| | 6 | A.  Yes. |
| 09:39:28 | 7 | Q.  Okay.  And if you don't understand something -- |
| 09:39:34 | 8 | because sometimes I may ask a question and get to |
| 09:39:37 | 9 | rambling and not make much sense, if you don't |
| 09:39:41 | 10 | understand, will you ask me to rephrase my question or |
| 09:39:42 | 11 | let me know that you don't understand? |
| 09:39:45 | 12 | A.  I sure will. |
| 09:39:46 | 13 | Q.  All right.  All right.  And is it okay with you |
| 09:39:50 | 14 | that if you answer my question, I'll assume that you |
| 09:39:53 | 15 | understood it? |
| | 16 | A.  Yes. |
| 09:39:55 | 17 | Q.  Okay.  And if you need a break, feel free to |
| 09:39:58 | 18 | let me know at any time.  You can just jab your |
| 09:40:01 | 19 | attorney or motion to me -- |
| 09:40:02 | 20 | A.  Okay. |
| 09:40:03 | 21 | Q.  -- and we'll -- we'll do that.  Have you in the |
| 09:40:08 | 22 | past 24 hours had any drugs or alcohol? |
| | 23 | A.  No. |
| 09:40:12 | 24 | Q.  Have you taken any medication in the last 24 |
| 09:40:15 | 25 | hours? |

| | | | |
|---|---|---|---|
| 09:40:15 | 1 | A. | A vitamin. |
| 09:40:17 | 2 | Q. | Vitamin. What vitamin? |
| 09:40:19 | 3 | A. | Calcium supplement. |
| 09:40:23 | 4 | Q. | Okay. So you have not taken any prescription medication in the last 24 hours? |
| 09:40:28 | 6 | A. | No, I'm not on any prescription medications. |
| 09:40:31 | 7 | Q. | So you don't take any prescription medication or over-the-counter medication on a regular basis? |
| 09:40:36 | 9 | A. | I take over-the-counter medications sometimes for my sinus -- |
| 09:40:41 | 11 | Q. | What would that be? |
| 09:40:42 | 12 | A. | -- sinus condition. It varies. Sudafed. |
| 09:40:47 | 13 | Q. | Sure. |
| 09:40:48 | 14 | A. | I can't even remember some of the names of them. Claritin-D. It just depends. |
| 09:40:54 | 16 | Q. | I'm familiar with that one. |
| | 17 | A. | Yes. |
| 09:40:56 | 18 | Q. | But no prescription medication? |
| | 19 | A. | No. |
| 09:40:59 | 20 | Q. | Would you say that there -- that you have any physical or emotional reason why you can't testify fully and completely today? |
| | 23 | A. | No. |
| 09:41:08 | 24 | Q. | Okay. Ms. Garrett, have you ever been arrested? |

| | | |
|---|---|---|
| 09:41:13 | 1 | A.  No. |
| 09:41:14 | 2 | Q.  Have you ever filed a lawsuit? |
| | 3 | A.  No. |
| 09:41:22 | 4 | Q.  Have you ever filed any charges or any claims |
| 09:41:24 | 5 | with any kind of governmental agency? |
| 09:41:29 | 6 | A.  I don't recall any, no. |
| 09:41:30 | 7 | Q.  Okay.  So if -- you wouldn't have filed any |
| 09:41:33 | 8 | other claims or issues with the Equal Employment |
| 09:41:37 | 9 | Opportunity Commission? |
| 09:41:38 | 10 | A.  Not with any -- any other instances, no. |
| 09:41:42 | 11 | Q.  Okay.  Or the Texas Workforce Commission? |
| | 12 | A.  No. |
| 09:41:45 | 13 | Q.  Or the Commission on Human Rights? |
| | 14 | A.  No. |
| 09:41:47 | 15 | Q.  Okay.  And not with the Texas Education Agency? |
| | 16 | A.  No. |
| 09:41:53 | 17 | Q.  Okay.  Now, have you ever filed any grievances? |
| 09:41:58 | 18 | A.  No. |
| 09:42:00 | 19 | Q.  Okay.  So you've never testified in court |
| 09:42:03 | 20 | before? |
| 09:42:04 | 21 | A.  No, I haven't. |
| 09:42:08 | 22 | Q.  Okay.  Now, as you were getting ready for today |
| 09:42:11 | 23 | and getting ready to prepare for your deposition, did |
| 09:42:13 | 24 | you talk to anybody? |
| 09:42:15 | 25 | A.  You mean like friends or family members? |