| | | |
|---|---|---|
| 09:42:17 | 1 | Q. Well, just -- yeah, I mean, anybody. |
| 09:42:18 | 2 | A. When you say talk about it, do -- what are you |
| 09:42:21 | 3 | referring to? I don't -- |
| 09:42:22 | 4 | Q. Well, good question. Let me kind of go back. |
| | 5 | A. Okay. |
| 09:42:25 | 6 | Q. When you were preparing for -- for today, did |
| 09:42:28 | 7 | you talk to anybody to prepare for your deposition? |
| 09:42:32 | 8 | A. Are you asking did I talk about the -- probably |
| 09:42:38 | 9 | questions or things like that? |
| 09:42:39 | 10 | Q. Well, how did you prepare for today, if you |
| 09:42:42 | 11 | did? |
| 09:42:42 | 12 | A. I just reviewed the interrogatories that I |
| 09:42:46 | 13 | received. That's all I did. |
| 09:42:49 | 14 | Q. Okay. Did you review them with anybody? |
| 09:42:51 | 15 | A. No. No, I didn't. |
| 09:42:58 | 16 | Q. So the -- would it be safe to say that the |
| 09:43:03 | 17 | documents that you reviewed prior to your deposition |
| 09:43:06 | 18 | are the documents that you, through your attorney, sent |
| 09:43:10 | 19 | to me in response to discovery requests? |
| 09:43:13 | 20 | A. That's right. |
| 09:43:15 | 21 | Q. Okay. Was there -- is there any other |
| 09:43:17 | 22 | documents that might be outstanding that you reviewed |
| 09:43:22 | 23 | that were not given to me? |
| | 24 | A. No. |
| 09:43:25 | 25 | Q. Okay. So everything that we received is all |

| | | |
|---|---|---|
| 09:43:28 | 1 | the documentation you have? |
| 09:43:31 | 2 | A.   That's it. Right. |
| 09:43:31 | 3 | Q.   That's it. Okay. So there's nothing else? |
| 09:43:33 | 4 | A.   Nothing else. |
| 09:43:38 | 5 | Q.   All right. And can we have an agreement that |
| 09:43:40 | 6 | if you do find other documents that -- that might be |
| 09:43:43 | 7 | responsive to those requests or that are related to |
| 09:43:45 | 8 | this matter, that you would let your attorney know that |
| 09:43:48 | 9 | so that I could have them? |
| 09:43:50 | 10 | A.   Yes, I will. |
| 09:43:52 | 11 | Q.   Well, how much time did you spend in preparing |
| 09:43:56 | 12 | for today, would you say? |
| 09:43:59 | 13 | A.   Total amount of time? It -- it was like -- I |
| 09:44:08 | 14 | would look at the information certain nights and I |
| 09:44:12 | 15 | might spend 45 minutes to an hour each time. So I |
| 09:44:16 | 16 | would say between maybe three to five hours, possibly |
| 09:44:23 | 17 | more. I'm not certain. I didn't really pay attention |
| 09:44:27 | 18 | to that. |
| 09:44:29 | 19 | Q.   Sure. And there's plenty of other more fun |
| 09:44:33 | 20 | things to be doing. |
| | 21 | A.   Yes. |
| 09:44:34 | 22 | Q.   And I think your attorney is looking at your |
| 09:44:37 | 23 | chair because it's squeaking. |
| 09:44:38 | 24 | A.   Oh, that's the chair. I'm sorry. |
| 09:44:40 | 25 | Q.   No, it's not your fault. |

```
09:44:41   1    A.   I didn't realize I was doing that.
09:44:46   2         MR. WAOBIKEZE:  Do you mind if I adjust your
09:44:48   3  chair?
09:44:48   4         MS. HISEL:  No, that's that chair.  Would you
09:44:48   5  -- would you like to switch chair?
09:44:50   6         MR. WAOBIKEZE:  No.  I thought it was coming
09:44:51   7  from next door.
09:44:52   8    A.   I didn't even hear it.  I was just listening to
           9  you.
          10  BY MS. HISEL:
09:44:56  11    Q.   You were focused.
09:44:57  12    A.   I was focused on you.
09:44:58  13    Q.   And that's good.  All right.  So -- so you
09:45:00  14  would say three to five hours?
09:45:02  15    A.   I think, yeah.  That's an estimate.
09:45:06  16    Q.   Okay.  So for any of that time preparing, did
09:45:09  17  you talk to your attorney?
          18    A.   No.
09:45:11  19    Q.   So your attorney didn't help you prepare in any
09:45:14  20  way today -- for today's deposition?
09:45:17  21    A.   The only -- I had some questions when I went to
09:45:22  22  the office regarding trying to understand the questions
09:45:27  23  and that's all.
09:45:28  24    Q.   Sure.  And really that was for discovery;
09:45:32  25  right?
```

| | | |
|---|---|---|
| 09:45:32 | 1 | A.    Right. |
| 09:45:33 | 2 | Q.    Not so much for today? |
| 09:45:35 | 3 | A.    Right. |
| 09:45:36 | 4 | Q.    Okay. Well, how did you come to hear about |
| 09:45:40 | 5 | Mr. Waobikeze? |
| 09:45:41 | 6 | A.    I searched and searched and I kept going back |
| 09:45:45 | 7 | to the website. I just kept searching and reviewing |
| 09:45:51 | 8 | and looking at it. |
| 09:45:52 | 9 | Q.    So you -- you found out about him through the |
| 09:45:56 | 10 | website, through his firm website? |
| 09:45:58 | 11 | A.    Right. |
| 09:45:58 | 12 | Q.    And what about that website kind of attracted |
| 09:46:03 | 13 | you to -- |
| 09:46:05 | 14 | A.    I don't even recall, to be honest with you, |
| 09:46:08 | 15 | because at that point, I just needed some help and I |
| 09:46:11 | 16 | just don't know what it was, to be honest with you |
| 09:46:13 | 17 | right now. |
| 09:46:14 | 18 | Q.    Okay. Who all knows that you are having a |
| 09:46:18 | 19 | deposition today? |
| 09:46:19 | 20 | A.    My sister knows and she's the only one that I |
| 09:46:25 | 21 | know who would know because -- |
| 09:46:30 | 22 | Q.    And who is your sister? |
| 09:46:32 | 23 | A.    Regina Sanders. |
| 09:46:36 | 24 | Q.    And does she live here in San Antonio? |
| 09:46:38 | 25 | A.    She lives in Schertz. |

| | | |
|---|---|---|
| 09:46:41 | 1 | Q. Okay. Any current or former Judson employees |
| 09:46:48 | 2 | know that you're taking your deposition today? |
| 09:46:51 | 3 | A. No. |
| 09:46:52 | 4 | Q. That you're aware of? |
| 09:46:53 | 5 | A. Not that I'm aware of. |
| 09:46:56 | 6 | Q. Okay. So did you talk to Virginia Brown about |
| 09:47:00 | 7 | your deposition today? |
| 09:47:02 | 8 | A. No, I didn't. |
| 09:47:03 | 9 | Q. And who is Virginia Brown? |
| 09:47:05 | 10 | A. She is a teacher assistant there at Woodlake. |
| 09:47:13 | 11 | Q. Is she currently employed at -- in that |
| 09:47:16 | 12 | position? |
| 09:47:16 | 13 | A. I don't know. |
| 09:47:17 | 14 | Q. Don't know okay. Robin Snyder? |
| 09:47:21 | 15 | A. A former secretary. |
| 09:47:26 | 16 | Q. And did you talk to her about your deposition? |
| | 17 | A. No. |
| 09:47:30 | 18 | Q. And when you say a former secretary, former |
| 09:47:34 | 19 | secretary to you when you were employed at Judson? |
| 09:47:36 | 20 | A. Oh, no. I didn't have a secretary. She was |
| 09:47:39 | 21 | the principal's secretary. |
| 09:47:40 | 22 | Q. Okay. So she would have been Ms. Verna |
| 09:47:43 | 23 | Ruffin's secretary? |
| 09:47:44 | 24 | A. That's right. |
| 09:47:44 | 25 | Q. Okay. And do you know if she's still there? |

```
09:47:46   1    A.  No, she's not.  She's been gone for several
 :47:51   2  years.
09:47:52   3    Q.  Okay.  Staci Decuir?
          4    A.  No.
09:47:57   5    Q.  And she is a teacher at Judson?
09:48:00   6    A.  She's a -- yes.
09:48:03   7    Q.  Joyce Sweet?
          8    A.  No.
09:48:06   9    Q.  Didn't talk to her.  And is she still a teacher
09:48:10  10  at Judson?
09:48:10  11    A.  To my knowledge, yes.
09:48:13  12    Q.  Okay.  Dan Garza, did you talk to him?
         13    A.  No.
09:48:17  14    Q.  Do you know if he's still a teacher at Judson?
         15    A.  No.
09:48:21  16    Q.  You don't know?
09:48:22  17    A.  No, he's not.
09:48:23  18    Q.  He's not?
09:48:23  19    A.  Unless he's back there, but no.
09:48:28  20    Q.  Marilyn McKinney, did you talk to her about
09:48:32  21  your deposition?
09:48:33  22    A.  No.
09:48:37  23    Q.  Okay.  And it says that she's a grievance chair
09:48:39  24  for Judson.  Is she still employed with Judson in that
09:48:43  25  capacity?
```

| | | |
|---|---|---|
| 09:48:43 | 1 | A.   I'm not sure about that capacity, but I think |
| 09:48:47 | 2 | she's still employed there. |
| 09:48:50 | 3 | Q.   Okay.  Okay.  Are you aware of any |
| 09:48:56 | 4 | tape-recorded conversation between you and anybody at |
| 09:49:03 | 5 | Judson? |
| 09:49:04 | 6 | A.   No, I'm not. |
| 09:49:06 | 7 | Q.   Okay.  Do you have any diaries or notes or |
| 09:49:12 | 8 | memorandums that you kept personally regarding the |
| 09:49:17 | 9 | subject of this lawsuit or during your time that you |
| 09:49:20 | 10 | were employed at Judson? |
| 09:49:23 | 11 | A.   I think I gave some memorandums to my |
| 09:49:26 | 12 | attorneys.  But as far as diaries, I don't have any |
| 09:49:28 | 13 | diaries -- |
| | 14 | Q.   Okay. |
| 09:49:30 | 15 | A.   -- or notes. |
| 09:49:31 | 16 | Q.   Or journals or anything like that? |
| 09:49:32 | 17 | A.   No journals, no.  I didn't keep journals or |
| 09:49:36 | 18 | diaries. |
| 09:49:39 | 19 | Q.   All right.  Let's kind of look a little bit |
| 09:49:42 | 20 | about some general background information. |
| 09:49:44 | 21 | Ms. Garrett, where were you born and raised? |
| 09:49:46 | 22 | A.   In Alabama. |
| | 23 | Q.   Okay. |
| 09:49:48 | 24 | A.   Birmingham. |
| 09:49:52 | 25 | Q.   And, Ms. Garrett, are you -- are you married? |

| | | | |
|---|---|---|---|
| 09:49:55 | 1 | A. | No. |
| 09:49:56 | 2 | Q. | Okay. Do you have any children? |
| | 3 | A. | No. |
| 09:50:02 | 4 | Q. | Have you ever been married? |
| | 5 | A. | Yes. |
| 09:50:05 | 6 | Q. | Okay. Are your parents still living? |
| | 7 | A. | No. |
| 09:50:12 | 8 | Q. | Do you have any siblings? |
| | 9 | A. | Yes. |
| 09:50:16 | 10 | Q. | Besides your sister that you mentioned? |
| 09:50:23 | 11 | A. | Right. |
| 09:50:23 | 12 | Q. | Ms. Sanders? |
| | 13 | A. | Yes. |
| 09:50:25 | 14 | Q. | Is that your only sibling? |
| 09:50:27 | 15 | A. | No. |
| 09:50:27 | 16 | Q. | Who are your other siblings? |
| 09:50:29 | 17 | A. | You want names? |
| 09:50:30 | 18 | Q. | Sure. |
| 09:50:30 | 19 | A. | Okay. Paulette Richardson. |
| | 20 | Q. | Okay. |
| 09:50:35 | 21 | A. | Betty Garrett, Donna Garrett, and my brother, |
| 09:50:47 | 22 | Charlie Garrett, Jr. | |
| 09:50:51 | 23 | Q. | And are they all living? |
| | 24 | A. | Yes. |
| 09:50:54 | 25 | Q. | And do they live in San Antonio area? |