| | | | |
|---|---|---|---|
| 09:49:55 | 1 | A. | No. |
| 09:49:56 | 2 | Q. | Okay. Do you have any children? |
| | 3 | A. | No. |
| 09:50:02 | 4 | Q. | Have you ever been married? |
| | 5 | A. | Yes. |
| 09:50:05 | 6 | Q. | Okay. Are your parents still living? |
| | 7 | A. | No. |
| 09:50:12 | 8 | Q. | Do you have any siblings? |
| | 9 | A. | Yes. |
| 09:50:16 | 10 | Q. | Besides your sister that you mentioned? |
| 09:50:23 | 11 | A. | Right. |
| 09:50:23 | 12 | Q. | Ms. Sanders? |
| | 13 | A. | Yes. |
| 09:50:25 | 14 | Q. | Is that your only sibling? |
| 09:50:27 | 15 | A. | No. |
| 09:50:27 | 16 | Q. | Who are your other siblings? |
| 09:50:29 | 17 | A. | You want names? |
| 09:50:30 | 18 | Q. | Sure. |
| 09:50:30 | 19 | A. | Okay. Paulette Richardson. |
| | 20 | Q. | Okay. |
| 09:50:35 | 21 | A. | Betty Garrett, Donna Garrett, and my brother, |
| 09:50:47 | 22 | Charlie Garrett, Jr. | |
| 09:50:51 | 23 | Q. | And are they all living? |
| | 24 | A. | Yes. |
| 09:50:54 | 25 | Q. | And do they live in San Antonio area? |

| | | |
|---|---|---|
| 09:50:56 | 1 | A. No. |
| 09:50:57 | 2 | Q. No. Where do they live? Where does Paulette |
| 09:51:03 | 3 | live? |
| 09:51:03 | 4 | A. My brother lives -- Paulette lives in Alabama. |
| 09:51:06 | 5 | Q. Okay. |
| 09:51:06 | 6 | A. My brother lives in Houston and Donna lives in |
| 09:51:10 | 7 | Houston. |
| | 8 | Q. Okay. |
| 09:51:11 | 9 | A. And my sister, Betty, lives in Delaware. |
| 09:51:15 | 10 | Q. Okay. And Ms. Sanders lives in Schertz? |
| 09:51:19 | 11 | A. Right. |
| 09:51:24 | 12 | Q. And what -- are they like you, all educators, |
| 09:51:32 | 13 | teachers? |
| 09:51:33 | 14 | A. No. My sister Regina and my sister, Paulette, |
| 09:51:38 | 15 | former principals. |
| 09:51:39 | 16 | Q. Okay. So Paulette and Regina were former |
| 09:51:42 | 17 | principals? |
| | 18 | A. Yes. |
| 09:51:43 | 19 | Q. And they are no longer principals -- |
| | 20 | A. No. |
| 09:51:46 | 21 | Q. -- in either Alabama or Schertz? |
| | 22 | A. No. |
| 09:51:49 | 23 | Q. Okay. Where did Regina work as a principal? |
| 09:51:54 | 24 | A. She worked for Judson. She worked in Seguin |
| 09:52:01 | 25 | ISD and she worked for Judson ISD. |

EDDIE MORRIS-COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas 78232

```
09:52:04   1      Q.   Okay.  And how long did she work at Judson?
09:52:09   2      A.   I'm not sure exactly, but I think it was ten
09:52:12   3  years or longer.  Maybe longer than that.  I'm not
09:52:15   4  sure.
09:52:15   5      Q.   And in those entire ten years, was she a
09:52:19   6  principal the entire time?
09:52:20   7      A.   No.  She was a teacher in Seguin and Judson for
09:52:25   8  a while and she became an assistant principal and then
09:52:29   9  a principal at Judson.
09:52:33  10      Q.   Okay. How long -- do you know how long she was
09:52:34  11  a principal at Judson?
09:52:36  12      A.   I really don't, to be honest with you.
09:52:37  13      Q.   Okay.  And where was she a principal?
09:52:39  14      A.   She was a principal at Woodlake Hills.  I think
09:52:43  15  that's the only school.
09:52:45  16      Q.   Only at Woodlake Hills.  And Woodlake Hills is
09:52:49  17  where you were employed as a teacher; correct?
          18      A.   Yes.
09:52:52  19      Q.   So did you work for your sister?
09:52:55  20      A.   For a while, yes.
09:52:58  21      Q.   How long would you say?
09:53:03  22      A.   A year or two.  I'm --
09:53:05  23      Q.   When did -- when did she leave the district?
09:53:06  24      A.   She left the district when she became ill.  She
09:53:10  25  had a stroke in 2002, I believe.
```

| | | |
|---|---|---|
| 09:53:17 | 1 | Q.   2002. So at least for -- for 2001-2002 school |
| 09:53:21 | 2 | year, she was your principal; correct? |
| 09:53:23 | 3 | A.   Yes. |
| 09:53:25 | 4 | Q.   Okay. Would she have been your principal for |
| 09:53:28 | 5 | the previous two years, three years? |
| 09:53:31 | 6 | A.   I don't think it was that long. I don't really |
| 09:53:34 | 7 | recall. |
| 09:53:35 | 8 | Q.   Okay. All right. So -- but at least for the |
| 09:53:39 | 9 | 2001-2002 school year she was your principal? |
| 09:53:42 | 10 | A.   No, she wasn't. I took my -- I need to change |
| 09:53:43 | 11 | that. That's when -- Ms. Ruffin came in in 2001, I |
| 09:53:48 | 12 | believe. |
| 09:53:50 | 13 | Q.   Okay. But at some point your sister was your |
| 09:53:54 | 14 | principal? |
| | 15 | A.   Yes. |
| 09:53:55 | 16 | Q.   And was she your principal for a year? |
| 09:54:00 | 17 | A.   A year or two, at least. I really don't |
| 09:54:04 | 18 | remember, to be honest with you. |
| 09:54:11 | 19 | Q.   Okay. Okay. And as the principal, she was |
| 09:54:14 | 20 | your direct supervisor; correct? |
| 09:54:16 | 21 | A.   Yes. |
| 09:54:17 | 22 | Q.   What -- what kinds of things are you involved |
| 09:54:21 | 23 | in with the community? |
| 09:54:26 | 24 | A.   Church. |
| 09:54:26 | 25 | Q.   Anything else? |

| | | |
|---|---|---|
| 09:54:27 | 1 | A. No. |
| 09:54:28 | 2 | Q. What -- what kind of things are you involved |
| 09:54:32 | 3 | with at the church? Do you sing in the choir or -- |
| 09:54:36 | 4 | A. No. |
| 09:54:37 | 5 | Q. Just go on a weekly basis? |
| 09:54:39 | 6 | A. No. I -- I go different nights, Thursdays, |
| 09:54:45 | 7 | Tuesdays. I was teaching Sunday School, but I had to |
| 09:54:52 | 8 | stop that because of obligations. I couldn't get there |
| 09:54:57 | 9 | in time for that. |
| 09:55:01 | 10 | Q. Okay. And do you enjoy that kind of |
| 09:55:04 | 11 | involvement, community involvement? |
| 09:55:05 | 12 | A. Oh, yes. It's the center of my life. |
| 09:55:07 | 13 | Q. Is it? Did you do anything special for the |
| 09:55:10 | 14 | holidays? |
| | 15 | A. No. |
| 09:55:11 | 16 | Q. No? |
| | 17 | A. No. |
| 09:55:12 | 18 | Q. Didn't get to see any family, no family came in |
| 09:55:15 | 19 | or -- |
| 09:55:15 | 20 | A. My sister, Betty, came in for a week, yeah. |
| 09:55:20 | 21 | Q. Did you cook or -- |
| 09:55:22 | 22 | A. No. We went to Luby's. |
| 09:55:24 | 23 | Q. Did you? |
| 09:55:25 | 24 | A. To be honest with you. |
| 09:55:26 | 25 | Q. Was it good? |

| | | |
|---|---|---|
| 09:55:27 | 1 | A.   Oh, yes. |
| 09:55:28 | 2 | Q.   That's good. |
| 09:55:29 | 3 | A.   She likes that because she doesn't have that up |
| 09:55:31 | 4 | in Delaware, so -- |
| 09:55:32 | 5 | Q.   Well, plus it's easier for clean up, that's for |
| 09:55:35 | 6 | sure. |
| 09:55:35 | 7 | A.   Exactly. |
| 09:55:36 | 8 | Q.   You don't have to do it.  Have you taken any |
| 09:55:38 | 9 | trips or done any traveling lately or do you even enjoy |
| 09:55:41 | 10 | that? |
| 09:55:41 | 11 | A.   I enjoy it, but I haven't had the opportunity |
| 09:55:44 | 12 | to do that. |
| 09:55:44 | 13 | Q.   If you had the opportunity, would you do it? |
| | 14 | A.   Yes. |
| 09:55:47 | 15 | Q.   Okay.  Have you had any health troubles or |
| 09:55:51 | 16 | anything recently? |
| 09:55:52 | 17 | A.   No. |
| 09:55:55 | 18 | Q.   Okay.  And you talked about teaching Sunday |
| 09:55:57 | 19 | School but stopping because you had some obligations. |
| 09:56:00 | 20 | Were those health related or -- |
| 09:56:02 | 21 | A.   No.  They're related my to my sister.  I have |
| 09:56:04 | 22 | to help her. |
| 09:56:04 | 23 | Q.   Okay.  So -- so not your health but maybe your |
| 09:56:07 | 24 | sister's health? |
| 09:56:07 | 25 | A.   My sister's health. |

```
09:56:08   1    Q.   Is that -- is that fair to say?
09:56:10   2    A.   Yes.
09:56:10   3    Q.   Do you care for your sister full time?
09:56:14   4    A.   You could call it that, yes.  My nephew and I
09:56:20   5  do that.
09:56:21   6    Q.   Okay.  And does your sister live with you?
           7    A.   No.
09:56:23   8    Q.   No.  Okay.  Let's talk a little bit about your
09:56:32   9  educational background.  I know some of this is kind of
09:56:35  10  tedious, but it helps me learn a little bit more --
09:56:38  11    A.   Okay.
09:56:38  12    Q.   -- about -- about all the issues here.  Did you
09:56:43  13  graduate from high school?
          14    A.   Yes.
09:56:44  15    Q.   And where did you graduate from?
09:56:46  16    A.   Holy Family High School in Birmingham.
09:56:50  17    Q.   Okay.  What year was that?
09:56:54  18    A.   I have to do the math.
09:56:55  19    Q.   I'm with you on that.
09:56:58  20    A.   I think '61.
09:57:01  21    Q.   Okay.  Could have been '65?
09:57:04  22    A.   It is '65 because '69 I finished college.
          23    Q.   Okay.
09:57:09  24    A.   I told you I had go real -- it's '65.
09:57:13  25    Q.   That's all right.  So you -- so you graduated
```

```
09:57:16   1  college in '69?
09:57:18   2     A.  Right.
09:57:18   3     Q.  And where did you go to college?
09:57:20   4     A.  Miles College in Birmingham.
09:57:21   5     Q.  And did you enjoy that?
09:57:22   6     A.  Yes.
09:57:23   7     Q.  That's good.  And what did you get your degree
09:57:26   8  in?
09:57:26   9     A.  English.
09:57:27  10     Q.  English.  And -- and were you going to school
09:57:31  11  with the expectation of being a teacher?
09:57:33  12     A.  I was going to school with the expectations of
09:57:36  13  going into journalism.
09:57:37  14     Q.  Really?
          15     A.  Yes.
09:57:42  16     Q.  And did you ever work in that field?
          17     A.  No.
09:57:46  18     Q.  Did you serve on the paper at school or -- or
09:57:49  19  do anything like that?
09:57:53  20     A.  I don't think so.  I don't think so.  I just
09:57:57  21  had an interest in it, but I don't think I did.
09:58:00  22     Q.  Well, you said that you had -- you were married
09:58:04  23  at one time?
          24     A.  Yes.
09:58:04  25     Q.  Did you get married during this time period?
```

| | | |
|---|---|---|
| 09:58:07 | 1 | A.  No.  It was later on after college. |
| 09:58:09 | 2 | Q.  When -- when was that? |
| 09:58:14 | 3 | A.  Oh, my goodness.  In the '80s, I think. |
| 09:58:19 | 4 | Q.  '80s? |
| 09:58:19 | 5 | A.  Yes. |
| 09:58:20 | 6 | Q.  Okay.  And that was your sole marriage? |
| 09:58:21 | 7 | A.  Yes. |
| | 8 | Q.  Okay. |
| 09:58:22 | 9 | A.  You mean only? |
| 09:58:23 | 10 | Q.  Yes. |
| | 11 | A.  Yes. |
| 09:58:24 | 12 | Q.  Yes.  And how long were you married? |
| 09:58:26 | 13 | A.  Not very long.  Two years, three years. |
| 09:58:29 | 14 | Q.  And did the marriage end in divorce? |
| | 15 | A.  Yes. |
| 09:58:32 | 16 | Q.  Okay.  So after Miles College, did you go to |
| 09:58:41 | 17 | graduate school at all or pursue any other education? |
| 09:58:43 | 18 | A.  I went to graduate school in San Marcos. |
| 09:58:47 | 19 | Q.  And -- I'm sorry.  I interrupted you. |
| 09:58:50 | 20 | A.  Oh, that's all right.  I -- I first went -- I |
| 09:59:00 | 21 | think it was for English -- to be honest with you, no, |
| 09:59:03 | 22 | I took -- I'm sorry -- I went for educational |
| 09:59:08 | 23 | administration.  I started out with that.  And -- and I |
| 09:59:12 | 24 | didn't finish the program.  I needed nine more hours |
| 09:59:14 | 25 | and I didn't get through that.  And I also have |

| | | |
|---|---|---|
| 09:59:20 | 1 | hours -- quite a few hours in graduate in English. |
| | 2 | Q. Okay. |
| 09:59:23 | 3 | A. And I've done quite a few hours in grade -- |
| 09:59:27 | 4 | graduate school in elementary ed, so -- |
| | 5 | Q. Sure. |
| 09:59:29 | 6 | A. -- I just have a smorgasbord. |
| 09:59:32 | 7 | Q. Which is good. Which is good. |
| 09:59:35 | 8 | A. Of this that and the other. |
| 09:59:36 | 9 | Q. Education is always good. |
| 09:59:37 | 10 | A. So that's my background in that. |
| 09:59:39 | 11 | Q. But you never received a graduate degree? |
| 09:59:42 | 12 | A. No. |
| 09:59:43 | 13 | Q. Are you still taking classes? |
| 09:59:45 | 14 | A. Not now. |
| 09:59:46 | 15 | Q. Not now? |
| 09:59:47 | 16 | A. No. |
| 09:59:47 | 17 | Q. Do you expect to do that in the future? |
| 09:59:49 | 18 | A. I would like to. I've been looking at it |
| 09:59:54 | 19 | online. But right now I don't have that kind of time |
| 09:59:56 | 20 | to put into it and the focus to put into it, so no. |
| 10:00:00 | 21 | Q. Okay. Okay. Well, with your background in |
| 10:00:08 | 22 | English and the education you have, do you like to |
| 10:00:10 | 23 | read? |
| 10:00:10 | 24 | A. I love to read. |
| 10:00:11 | 25 | Q. What are some of your favorite books? |