| | | |
|---|---|---|
| 10:00:13 | 1 | A.   To be honest with you, I like the lawyer-type |
| 10:00:16 | 2 | books. |
| 10:00:17 | 3 | Q.   Do you? |
| 10:00:20 | 4 | A.   Grisham, Grisham, and Grisham.  Yeah, that's |
| 10:00:20 | 5 | what I like. |
| 10:00:21 | 6 | Q.   Those are some of my favorites too. |
| 10:00:23 | 7 | A.   I like him. |
| 10:00:24 | 8 | Q.   Those are always good. |
| 10:00:25 | 9 | A.   And Patterson. |
| 10:00:26 | 10 | Q.   Yes.  You have good, good choices there.  Do |
| 10:00:30 | 11 | you -- do you have any special certifications? |
| | 12 | A.   No. |
| 10:00:34 | 13 | Q.   No.  Some teacher certifications, education |
| 10:00:39 | 14 | certifications? |
| 10:00:40 | 15 | A.   I'm sorry, like in specific areas?  Is that |
| 10:00:44 | 16 | what you mean? |
| 10:00:45 | 17 | Q.   Well, to be a teacher do you have to have |
| 10:00:48 | 18 | specific certifications? |
| 10:00:49 | 19 | A.   You have to be certified in the area that you |
| 10:00:52 | 20 | work in or teach or whatever. |
| 10:00:54 | 21 | Q.   And for you that would have been English? |
| 10:00:56 | 22 | A.   Right.  Right. |
| 10:00:57 | 23 | Q.   And did you have that certification? |
| | 24 | A.   Yes. |
| 10:00:59 | 25 | Q.   And do you have it now? |

| | | | |
|---|---|---|---|
| 10:01:01 | 1 | A. | It was -- when I received it, it was for life. |
| | 2 | Q. | Right. |
| 10:01:06 | 3 | A. | So -- |
| 10:01:07 | 4 | Q. | Lifetime? |
| 10:01:07 | 5 | A. | -- I take for granted that I do have it. |
| | 6 | Q. | Okay. |
| 10:01:11 | 7 | A. | Yes. I assume it, but I don't know. |
| 10:01:14 | 8 | Q. | Okay. And are you bilingual? |
| | 9 | A. | No. |
| 10:01:26 | 10 | Q. | Let's see. What about sources of income that |
| 10:01:28 | 11 | you have right now? | |
| 10:01:29 | 12 | A. | Teacher retirement and I work at an -- at an |
| 10:01:36 | 13 | office. It's a healthcare center. | |
| 10:01:39 | 14 | Q. | Okay. |
| 10:01:39 | 15 | A. | That's where I work. |
| 10:01:45 | 16 | Q. | And what healthcare center is that? |
| 10:01:47 | 17 | A. | Everlasting Home Healthcare. |
| 10:01:56 | 18 | Q. | And what do you do for them? |
| 10:01:58 | 19 | A. | Office -- office work. |
| 10:01:59 | 20 | Q. | So what's a typical -- typical day like? |
| 10:02:04 | 21 | A. | More -- more filing and keeping the charts up |
| 10:02:12 | 22 | to date and thinning charts and answering the telephone | |
| 10:02:16 | 23 | and just office work. | |
| 10:02:18 | 24 | Q. | So this healthcare center is -- does -- is it |
| 10:02:22 | 25 | for home care, for -- | |

| | | |
|---|---|---|
| 10:02:23 | 1 | A.   It's for home care. |
| 10:02:24 | 2 | Q.   For people that are maybe homebound or sick or |
| 10:02:29 | 3 | disabled? |
| 10:02:29 | 4 | A.   It's for Medicare and Medicaid clients and |
| 10:02:35 | 5 | private pay clients, people of that nature, mostly |
| 10:02:41 | 6 | senior citizens, older people. |
| 10:02:43 | 7 | Q.   And how many people work there? |
| 10:02:45 | 8 | A.   In the office, you mean?  I think about six |
| 10:02:53 | 9 | office workers. |
| 10:02:55 | 10 | Q.   And how long have you been working there? |
| 10:02:59 | 11 | A.   About a year. |
| 10:03:06 | 12 | Q.   And how did you come to hear about that job? |
| 10:03:09 | 13 | A.   Actually, a friend of mine, a church member, |
| 10:03:11 | 14 | owns that business and she offered me a job there. |
| 10:03:18 | 15 | Q.   And who is this individual? |
| 10:03:20 | 16 | A.   Ruby Robinson. |
| 10:03:26 | 17 | Q.   And how much do you make per hour? |
| 10:03:29 | 18 | A.   $12.00. |
| 10:03:31 | 19 | Q.   And how many hours do you work a week? |
| 10:03:34 | 20 | A.   It -- it varies because ever so often I will |
| 10:03:38 | 21 | get in 40 hours, but I don't always get the amount of |
| 10:03:43 | 22 | time.  So between 30 and 35 hours a week. |
| 10:03:49 | 23 | Q.   So almost full time? |
| 10:03:50 | 24 | A.   Almost, yes. |
| 10:03:51 | 25 | Q.   Do you have some flexibility, meaning you can |

| | | |
|---|---|---|
| 10:03:53 | 1 | kind of come and go as you please or do you have a time |
| 10:03:56 | 2 | clock that you have to punch? |
| 10:03:58 | 3 | A.   I don't have to punch a time clock.  The |
| 10:04:01 | 4 | agreement is because I have to take care of my sister, |
| 10:04:03 | 5 | then I can only get in what I can. |
| 10:04:05 | 6 | Q.   Right. |
| 10:04:05 | 7 | A.   So that's -- that's what it's based on. |
| 10:04:07 | 8 | Q.   Well, tell me a little bit about what taking |
| 10:04:10 | 9 | care of your sister entails? |
| 10:04:13 | 10 | A.   She's paralyzed on her left side.  That kind of |
| 10:04:18 | 11 | sums it up. |
| 10:04:21 | 12 | Q.   Okay.  And so when you say you are obligated to |
| 10:04:26 | 13 | take care of her -- and I know obviously she's your |
| 10:04:28 | 14 | sister and you love her -- taking care of her entails, |
| 10:04:34 | 15 | what, actually feeding her, dressing her? |
| 10:04:36 | 16 | A.   She can feed herself.  I have to help her with |
| 10:04:40 | 17 | dressing.  She can do a few things, but I have to bathe |
| 10:04:43 | 18 | her, dress her, etcetera, etcetera. |
| 10:04:45 | 19 | Q.   Okay. And so she -- she, you said, suffered a |
| 10:04:49 | 20 | stroke? |
| | 21 | A.   Yes. |
| 10:04:49 | 22 | Q.   Okay.  And do you know if that runs in your |
| 10:04:54 | 23 | family? |
| | 24 | A.   Yes. |
| 10:04:55 | 25 | Q.   It does?  Okay.  Do you have benefits at the |

| | | |
|---|---|---|
| 10:05:03 | 1 | home healthcare place of business where you work? |
| 10:05:09 | 2 | A.    Medical insurance. |
| 10:05:10 | 3 | Q.    You do have medical? |
| 10:05:11 | 4 | A.    Medical. |
| 10:05:16 | 5 | Q.    And what does that entail?  Just medical?  Do |
| 10:05:18 | 6 | you have vision? |
| 10:05:19 | 7 | A.    To be honest with you, I -- I don't know, but |
| 10:05:23 | 8 | there was some options -- some choices that we could |
| 10:05:27 | 9 | make and right now I don't recall which ones I chose. |
| 10:05:33 | 10 | Ms. Robinson was going to pay so much and we would have |
| 10:05:36 | 11 | to pay the rest.  But it did -- I think it offered |
| 10:05:41 | 12 | vision and dental and medical and some other things |
| 10:05:46 | 13 | that I cannot even recall right now. |
| 10:05:48 | 14 | Q.    Pretty comprehensive, though? |
| 10:05:50 | 15 | A.    I think, but I'm not certain because I haven't |
| 10:05:55 | 16 | reviewed it. |
| 10:05:56 | 17 | Q.    Okay.  Do you use the insurance very much, the |
| 10:05:59 | 18 | medical or the health insurance? |
| | 19 | A.    No. |
| 10:06:00 | 20 | Q.    Okay.  So you don't -- you're not too -- sounds |
| 10:06:04 | 21 | like you're not too concerned about it maybe because |
| 10:06:06 | 22 | you don't -- you don't go to the doctor very much, you |
| 10:06:08 | 23 | don't -- |
| 10:06:09 | 24 | A.    Right. |
| 10:06:09 | 25 | Q.    -- you don't get sick very much? |

| | | |
|---|---|---|
| 10:06:10 | 1 | A.   Right. |
| 10:06:11 | 2 | Q.   Fair to say? |
| 10:06:12 | 3 | A.   Right. |
| 10:06:16 | 4 | Q.   Okay. Kind of going back over sources of |
| 10:06:18 | 5 | income and things like that, just to -- to make a |
| 10:06:22 | 6 | determination. Do you have any trust funds or anything |
| 10:06:25 | 7 | that help you? |
| 10:06:25 | 8 | A.   I don't have anything now. I had an annuity |
| 10:06:29 | 9 | and I had to withdraw it when I first came off because |
| 10:06:34 | 10 | of making a house payment, car payment, other bills |
| 10:06:39 | 11 | that I tried to take care of and it was soon gone. |
| 10:06:45 | 12 | Q.   Okay. And when you -- when you say when you |
| 10:06:47 | 13 | came off, you mean from -- from Judson, your employment |
| 10:06:50 | 14 | at Judson? |
| 10:06:50 | 15 | A.   Exactly. |
| 10:06:56 | 16 | Q.   Okay. So this annuity lasted for a little |
| 10:06:59 | 17 | while, but that was about it. You didn't have any |
| 10:07:00 | 18 | other investments? |
| 10:07:01 | 19 | A.   No. |
| 10:07:02 | 20 | Q.   Or no gifts or loans? |
|  | 21 | A.   No. |
| 10:07:05 | 22 | Q.   Do you know own any property? |
| 10:07:07 | 23 | A.   Just my house that I'm in. |
| 10:07:12 | 24 | Q.   Okay. And how long have you lived there? |
| 10:07:14 | 25 | A.   About seven years, I think. |

| | | |
|---|---|---|
| 10:07:25 | 1 | Q. And I think you've kind of answered some of |
| 10:07:27 | 2 | these questions. You're not currently under a doctor's |
| 10:07:30 | 3 | care for any reason? |
| | 4 | A. No. |
| 10:07:35 | 5 | Q. So you're not being treated for -- for |
| 10:07:37 | 6 | anything? |
| | 7 | A. No. |
| 10:07:38 | 8 | Q. Not for depression? |
| | 9 | A. No. |
| 10:07:40 | 10 | Q. Or inability to sleep? |
| | 11 | A. No. |
| 10:07:43 | 12 | Q. Not for high blood pressure? |
| 10:07:45 | 13 | A. No. |
| 10:07:46 | 14 | Q. Okay. And you're not taking any medication for |
| 10:07:48 | 15 | any of those things? |
| | 16 | A. No. |
| 10:07:49 | 17 | Q. Correct? |
| 10:07:50 | 18 | A. Right. That's right. |
| 10:07:53 | 19 | Q. Would you say that you -- you're in good |
| 10:07:55 | 20 | condition healthwise? |
| | 21 | A. Yes. |
| 10:08:01 | 22 | Q. Physically you feel good? |
| | 23 | A. Yes. |
| 10:08:03 | 24 | Q. Emotionally you feel good? |
| | 25 | A. Yes. |

```
10:08:06   1      Q.   Okay.  Mentally you feel good?
           2      A.   Yes.
10:08:14   3      Q.   Have you ever been diagnosed as having any kind
10:08:17   4   of mental illness or mental disorder?
10:08:19   5      A.   No.
10:08:19   6      Q.   Has anybody in your family ever been diagnosed
10:08:22   7   with a mental illness or mental disorder?
10:08:25   8      A.   No.  Just I had -- my uncle's wife many years
10:08:29   9   ago when I was younger, she was diagnosed with that,
10:08:32  10   but not immediate family.
10:08:34  11      Q.   Okay.  So she was diagnosed with a mental
10:08:37  12   illness?
          13      A.   Yes.
10:08:37  14      Q.   Okay.  So you would say that you're able to
10:08:42  15   enjoy life for the most part to the best of your
10:08:46  16   ability?
          17      A.   Yes.
10:08:47  18      Q.   To socialize when you get the chance, go out
10:08:51  19   with friends if you get the opportunity either at
10:08:53  20   church or --
10:08:57  21      A.   Well --
10:08:58  22      Q.   Or do you spend most of your time with --
10:09:01  23      A.   I don't have a whole lot of time for that now,
10:09:03  24   to be honest.
10:09:04  25      Q.   Well, when you get the chance, do you get to
```