```
10:09:06   1  read?
 :09:07   2      A.   Yes.
10:09:07   3      Q.   And that's kind of something you enjoy?
          4      A.   Yes.
10:09:09   5      Q.   Do you like to go to movies?
10:09:11   6      A.   Yes, but I don't get much time for that either.
10:09:14   7      Q.   My favorite -- my favorite part is the popcorn.
10:09:17   8      A.   Oh, yes.
10:09:17   9      Q.   So I don't get much chance to do that either.
10:09:22  10  But for the most part you can do normal activities?
          11      A.   Yes.
10:09:25  12      Q.   You go to church, take care of your sister;
          13  correct?
10:09:27  14      A.   Yes.
10:09:33  15      Q.   All right.  How would you define a good
10:09:37  16  relationship?
10:09:38  17      A.   With family, with friends, is that what you're
10:09:40  18  talking about?
10:09:41  19      Q.   Sure.
10:09:43  20      A.   One of the components I think is trust, like
10:09:52  21  someone you can depend on and who can appreciate you
10:10:02  22  for who you are and vice versa.
10:10:06  23      Q.   And do you feel like you have good
10:10:08  24  relationships in your life?
          25      A.   Yes.
```

| | | |
|---|---|---|
| 10:10:10 | 1 | Q. So you -- with your friends and co-workers and |
| 10:10:14 | 2 | your sister -- |
| | 3 | A. Yes. |
| 10:10:15 | 4 | Q. -- there's that relationship of trust and you |
| 10:10:19 | 5 | feel like it's good? |
| | 6 | A. Yes. |
| 10:10:21 | 7 | Q. All right. Can you remember when you first |
| 10:10:32 | 8 | started working at Judson? |
| 10:10:36 | 9 | A. Yes, I can. |
| 10:10:36 | 10 | Q. When was that? |
| 10:10:39 | 11 | A. In 1991, I believe, or '92. |
| | 12 | Q. Okay. |
| 10:10:46 | 13 | A. I believe it was '91. |
| 10:10:48 | 14 | Q. And you graduated college in 1969? |
| 10:10:50 | 15 | A. Uh-huh. |
| 10:10:51 | 16 | Q. So I know that's awhile back, but do you -- |
| 10:10:56 | 17 | when did you first start working? Did you start |
| 10:10:58 | 18 | working immediately after college? |
| 10:11:00 | 19 | A. Yes, I did. |
| 10:11:02 | 20 | Q. Okay. What -- what was your first employer? |
| 10:11:04 | 21 | Who was your first employer? |
| 10:11:05 | 22 | A. I worked at a department store back home. |
| 10:11:08 | 23 | Q. In Alabama? |
| | 24 | A. Yes. |
| 10:11:10 | 25 | Q. For how long did you do that? |

```
10:11:11   1    A.   I can't remember that. That's been so long
,:11:14    2  ago, I cannot remember that.
10:11:21   3    Q.   Okay. Was it -- do you think you did it for a
10:11:23   4  long time or was it just kind of a means to an end to
10:11:26   5  get to another job?
10:11:27   6    A.   It was a means to an end to get to another job.
10:11:31   7    Q.   And do you remember what the department store
10:11:33   8  name was?
10:11:34   9    A.   To be on honest with you, no.
10:11:37  10    Q.   Okay. Do you think it's still around?
10:11:40  11    A.   I don't think it is.
10:11:42  12    Q.   Okay.
10:11:42  13    A.   I'd have to ask my sisters if they remember it,
10:11:44  14  but I don't.
10:11:45  15    Q.   No, that's okay. Okay. So when did you get
10:11:49  16  your first teaching job?
10:11:51  17    A.   I got my first teaching job in Alabama, and I
10:11:56  18  don't recall the year. It -- I really don't recall the
10:12:01  19  year.
10:12:13  20    Q.   Okay. Did you go from the department store job
10:12:15  21  directly into teaching?
10:12:16  22    A.   I think I did.
10:12:17  23    Q.   And so that -- but you don't know when you
10:12:24  24  started working at your first teaching job; is that
10:12:26  25  correct?
```

| | | |
|---|---|---|
| 10:12:26 | 1 | A.  No, I don't. |
| 10:12:28 | 2 | Q.  Well, when you left your employment at Judson, |
| 10:12:30 | 3 | how many years of experience did you have as a teacher? |
| 10:12:34 | 4 | Do you recall? |
| 10:12:36 | 5 | A.  20 plus years. |
| | 6 | Q.  Twenty-six -- |
| 10:12:39 | 7 | A.  23 or 24, I believe. |
| 10:12:41 | 8 | Q.  26 sound like it could be correct? |
| 10:12:44 | 9 | A.  Yeah. It sounds like it might be correct. |
| 10:12:55 | 10 | Q.  Okay. We talked a little bit about your |
| 10:12:57 | 11 | current employment. And do you like that job? |
| 10:13:13 | 12 | A.  Depends on what you mean by like. I don't |
| 10:13:20 | 13 | dislike it or hate it or anything, but -- |
| 10:13:23 | 14 | Q.  Well, in your ideal world, what would you be |
| 10:13:26 | 15 | doing for a job? |
| 10:13:28 | 16 | A.  I wouldn't be doing this because, I mean, it |
| 10:13:33 | 17 | would not be my choice. |
| 10:13:35 | 18 | Q.  Besides -- besides winning the lottery? |
| 10:13:37 | 19 | A.  Well, it wouldn't be my choice, if I had a |
| 10:13:40 | 20 | choice. |
| 10:13:41 | 21 | Q.  Well, what would your choice be? |
| 10:13:44 | 22 | A.  I really don't know at this point because I |
| 10:13:47 | 23 | would have to look at some things and compare and |
| 10:13:51 | 24 | contrast, etcetera, etcetera. So I really don't know |
| 10:13:54 | 25 | at this point. I haven't given that any thought. |

| | | | |
|---|---|---|---|
| 10:13:56 | 1 | Q. | You haven't given what any thought? |
| 10:13:58 | 2 | A. | Which job I would prefer or -- |
| 10:14:00 | 3 | Q. | What you'd like to do? |
| 10:14:02 | 4 | A. | Right.  I haven't given that any thought at |
| 10:14:06 | 5 | all. | |
| 10:14:07 | 6 | Q. | Why not? |
| 10:14:09 | 7 | A. | I just haven't given it any thought. |
| 10:14:14 | 8 | Q. | Okay.  Do you prefer what you're doing now -- |
| 10:14:17 | 9 | you said that you -- you wouldn't be choosing to do | |
| 10:14:20 | 10 | what you're doing now; is that correct? | |
| 10:14:22 | 11 | A. | That's correct. |
| 10:14:23 | 12 | Q. | But you don't know what you'd be doing instead. |
| 10:14:26 | 13 | Is that fair to say? | |
| | 14 | A. | Yes. |
| 10:14:32 | 15 | Q. | Would you the be teaching if you had the |
| 10:14:34 | 16 | opportunity? | |
| 10:14:35 | 17 | A. | I don't know if I would. |
| 10:14:36 | 18 | Q. | Why not? |
| 10:14:36 | 19 | A. | I just don't know.  Like I said, I haven't |
| 10:14:40 | 20 | given it any thought at all. | |
| 10:14:42 | 21 | Q. | Well, could you take a minute now and think |
| 10:14:44 | 22 | about it? | |
| 10:14:47 | 23 | A. | Whether or not I'd prefer if I'd like to teach? |
| 10:14:49 | 24 | Q. | Yes. |
| 10:14:49 | 25 | A. | It would take me a lot longer than a minute, to |

| | | |
|---|---|---|
| 10:14:52 | 1 | be honest with you. |
| 10:14:53 | 2 | Q. Would it? |
| 10:14:54 | 3 | A. Yes. |
| 10:14:54 | 4 | Q. Okay. Is that because maybe teaching is not |
| 10:14:59 | 5 | something you'd want to return to? |
| 10:15:00 | 6 | A. I don't know the answer to that. Like I said, |
| 10:15:02 | 7 | I haven't weighed pros or cons or anything. |
| | 8 | Q. Okay. |
| 10:15:05 | 9 | A. I haven't given it any thought. |
| 10:15:07 | 10 | Q. Okay. I understand. At your current job, do |
| 10:15:10 | 11 | you supervise anybody? |
| 10:15:11 | 12 | A. No. |
| 10:15:13 | 13 | Q. Do you make any employment decisions there? |
| 10:15:17 | 14 | For example, do you hire anybody or fire anybody or |
| 10:15:20 | 15 | help in that situation? |
| 10:15:21 | 16 | A. No. |
| 10:15:22 | 17 | Q. No? Do you work with people -- you said there |
| 10:15:27 | 18 | were six other people or a total of six people in the |
| 10:15:31 | 19 | office? |
| 10:15:31 | 20 | A. About six, yeah. |
| 10:15:33 | 21 | Q. Okay. And as you're working with these people, |
| 10:15:35 | 22 | do you do you observe on occasion different working |
| 10:15:39 | 23 | styles? |
| 10:15:40 | 24 | A. I don't know what you mean when you say |
| 10:15:42 | 25 | different working styles. |

| | | |
|---|---|---|
| 10:15:44 | 1 | Q. For example, sometimes people come in and maybe |
| 10:15:47 | 2 | they're always in a good mood, sometimes people come in |
| 10:15:49 | 3 | and maybe they're not in such good moods. Have you |
| 10:15:53 | 4 | ever noticed that or do you not -- |
| 10:15:55 | 5 | A. I think -- I feel that that's a part of every |
| 10:15:57 | 6 | job situation, work experience. |
| 10:15:58 | 7 | Q. Right. And with your -- |
| 10:15:59 | 8 | A. With every day life, even. |
| 10:16:02 | 9 | Q. Sure. And with your -- with your background of |
| 10:16:04 | 10 | the many years of experience that you have as a working |
| 10:16:11 | 11 | woman, do you agree that if an employee comes to work |
| 10:16:14 | 12 | and then doesn't do what they're supposed to do, |
| 10:16:18 | 13 | doesn't fulfill their job duties or their job |
| 10:16:22 | 14 | responsibilities, that an employer could look at that |
| 10:16:24 | 15 | as a good or valid reason to discipline that employee |
| 10:16:29 | 16 | if they weren't fulfilling their job duties? |
| 10:16:32 | 17 | MR. WAOBIKEZE: Objection to the form of the |
| | 18 | question. |
| | 19 | BY MS. HISEL: |
| 10:16:36 | 20 | Q. And your -- your attorney has objected. That |
| 10:16:38 | 21 | doesn't money that you can't answer. He's just making |
| 10:16:42 | 22 | an objection for the record. |
| 10:16:42 | 23 | A. So you're saying I have to answer? |
| 10:16:45 | 24 | Q. Basically, I'm saying that I'm asking you a |
| 10:16:48 | 25 | question, your attorney has made an objection for the |

| | | |
|---|---|---|
| 10:16:50 | 1 | record. |
| 10:16:51 | 2 | A.  Okay.  But my question to you is, since he's |
| 10:16:53 | 3 | made the objection, am I required to answer? |
| 10:16:56 | 4 | MS. HISEL:  Do you want to answer that, Ike? |
| 10:17:01 | 5 | MR. WAOBIKEZE:  I've made my objection.  You |
| 10:17:02 | 6 | can answer the question. |
| 10:17:05 | 7 | THE WITNESS:  Okay. |
| | 8 | BY MS. HISEL: |
| 10:17:06 | 9 | Q.  Yes. |
| 10:17:06 | 10 | A.  If -- repeat the question, please. |
| 10:17:09 | 11 | Q.  You bet.  Got a little convoluted.  You've |
| 10:17:13 | 12 | worked many years as working woman; correct? |
| | 13 | A.  Yes. |
| 10:17:16 | 14 | Q.  And based on your history of being a working |
| 10:17:22 | 15 | person, would you agree that as an employee, you know, |
| 10:17:27 | 16 | seeing other people work, that an employee's failure to |
| 10:17:32 | 17 | perform their job, if they fulfill -- they failed to |
| 10:17:41 | 18 | fulfill their duties or their job responsibilities, |
| 10:17:42 | 19 | that that would be something that an employer could |
| 10:17:44 | 20 | look at in making a discipline decision? |
| 10:17:47 | 21 | A.  I would think that that would be something, but |
| 10:17:50 | 22 | it wouldn't be everything that the employer should look |
| 10:17:54 | 23 | at. |
| 10:17:54 | 24 | Q.  Okay.  So an employee's failure to do the job, |
| 10:17:58 | 25 | would you agree that that's a valid and good reason? |