| | | |
|---|---|---|
| 10:18:01 | 1 | A.    When you say "failure to do the job," what do |
| 10:18:04 | 2 | you mean? |
| 10:18:04 | 3 | Q.    Well, say they have job duties and |
| 10:18:09 | 4 | responsibilities and a job description and they're not |
| 10:18:12 | 5 | fulfilling their job description. |
| 10:18:20 | 6 | A.    I guess. |
| 10:18:22 | 7 | Q.    Okay.  Do you think that insubordination is a |
| 10:18:25 | 8 | good and valid reason to discipline an employee if |
| 10:18:28 | 9 | they're being insubordinate to their employer? |
| | 10 | A.    Yes. |
| 10:18:31 | 11 | Q.    Do you agree that an employee's failure to |
| 10:18:35 | 12 | follow company policies, if they didn't follow the |
| 10:18:38 | 13 | policies that were set forth by a company, that would |
| 10:18:41 | 14 | be a good and valid reason the business could make a |
| 10:18:45 | 15 | discipline decision? |
| 10:18:48 | 16 | A.    Not the only reason, yes. |
| 10:18:51 | 17 | Q.    But could be one consideration; right? |
| 10:18:53 | 18 | A.    Yes. |
| 10:18:58 | 19 | Q.    Let's say, for example, that when an employee |
| 10:19:00 | 20 | gets repeated notices of disciplinary issues or |
| 10:19:06 | 21 | counseling issues or letters of reprimand regarding |
| 10:19:10 | 22 | deficiencies in the job, that that might be a reason |
| 10:19:13 | 23 | also an employer could consider taking disciplinary |
| 10:19:17 | 24 | actions? |
| | 25 | A.    Yes. |

| | | |
|---|---|---|
| 10:19:20 | 1 | Q. All right. Now, when you worked at Judson, how |
| 10:19:28 | 2 | long do you -- you said you started about 1991? |
| | 3 | A. Yes. |
| 10:19:32 | 4 | Q. August 1991 sound correct? |
| 10:19:35 | 5 | A. Yes. |
| 10:19:38 | 6 | Q. Okay. And let me go ahead and mark Plaintiff |
| 10:19:45 | 7 | Deposition Exhibit Number 2, and I'll hand a copy to |
| 10:19:49 | 8 | your attorney and represent to you that that is your |
| 10:20:02 | 9 | application to Judson. I'll give you a chance to look |
| 10:20:05 | 10 | at it. Does it look familiar? |
| 10:20:34 | 11 | A. Yes, it does. |
| 10:20:36 | 12 | Q. Did I give you a chance to look at it? |
| | 13 | A. Yes. |
| 10:20:38 | 14 | Q. And is that your application for employment at |
| 10:20:41 | 15 | Judson? |
| 10:20:41 | 16 | A. Yes, it is. |
| 10:20:43 | 17 | Q. Okay. And do you see the date up at the top, |
| 10:20:45 | 18 | the date of application, it says March 25th, 1991? |
| 10:20:50 | 19 | A. March 26th, yes. |
| 10:20:53 | 20 | Q. Okay. Does that say 26 or 25? |
| 10:20:55 | 21 | A. Oh, I'm looking at this stamp. Okay. It says |
| 10:20:58 | 22 | 25. |
| 10:21:01 | 23 | Q. Okay. You're right. There is a stamp on there |
| 10:21:03 | 24 | that says March 26th. Maybe that's when the district |
| 10:21:06 | 25 | stamped receiving it. |

| | | |
|---|---|---|
| 10:21:06 | 1 | A. Okay. |
| 10:21:07 | 2 | Q. Looks like you filled it out on the 25th. |
| 10:21:10 | 3 | Would that be fair to say? |
| | 4 | A. Yes. |
| 10:21:21 | 5 | Q. Okay. And do you remember who you interviewed |
| 10:21:23 | 6 | with there at Judson? |
| 10:21:26 | 7 | A. Yes Mr. Steve Blackman. |
| 10:21:36 | 8 | Q. And do you know who hired you? |
| 10:21:38 | 9 | A. Mr. Blackman. |
| 10:21:39 | 10 | Q. And did Mr. Blackman have to make a |
| 10:21:43 | 11 | recommendation to the superintendent so that the board |
| 10:21:45 | 12 | could take some action? |
| 10:21:47 | 13 | A. I'm sure he did. |
| 10:21:48 | 14 | Q. Because Mr. Blackman didn't have authority to |
| 10:21:50 | 15 | hire you without board approval; correct? |
| 10:21:52 | 16 | A. Correct. |
| 10:21:55 | 17 | Q. And the board of trustee is the governing body |
| 10:21:58 | 18 | of the district and really no one in the district can |
| 10:22:00 | 19 | do anything without the approval of the entire board; |
| | 20 | is that correct? |
| 10:22:03 | 21 | A. Yes. |
| 10:22:09 | 22 | Q. Do you remember what your original position |
| 10:22:12 | 23 | was? |
| 10:22:12 | 24 | A. I think reading teacher. |
| 10:22:14 | 25 | Q. And was Mr. Blackman your supervisor? |

| | | |
|---|---|---|
| 10:22:16 | 1 | A. Yes. |
| 10:22:20 | 2 | Q. And how long was he your supervisor? |
| 10:22:26 | 3 | A. I'm not good with dates, so -- |
| 10:22:31 | 4 | Q. Two years? Five years? |
| 10:22:34 | 5 | A. Possibly two or three years. |
| 10:22:42 | 6 | Q. Okay. And you said your sister worked at the |
| 10:22:48 | 7 | district. Did she start about the same time or did |
| 10:22:50 | 8 | she -- was she already working there and that's how you |
| 10:22:52 | 9 | heard about the district? |
| 10:22:53 | 10 | A. I didn't hear about it through my sister. She |
| 10:22:55 | 11 | was already there, but I had an interest in it way |
| 10:23:03 | 12 | before that. So I didn't hear about it through her. |
| 10:23:06 | 13 | Q. Okay. But did you ask her about it? Did |
| 10:23:08 | 14 | she -- did you ask her if she liked working there or |
| 10:23:11 | 15 | find out if she didn't like working there so you could |
| 10:23:14 | 16 | void it if she didn't? |
| | 17 | A. No. |
| 10:23:16 | 18 | Q. No? Okay. So you didn't ask her one way or |
| 10:23:22 | 19 | the other? |
| 10:23:22 | 20 | A. No. |
| 10:23:28 | 21 | Q. So from 1991 to 2005 is when you worked at the |
| 10:23:35 | 22 | district? |
| | 23 | A. Yes. |
| 10:23:37 | 24 | Q. That's about 14 years? |
| | 25 | A. Yes. |

| | | |
|---|---|---|
| 10:23:42 | 1 | Q. Safe to say that you enjoyed working there if |
| 10:23:44 | 2 | you worked there 14 years? |
| | 3 | A. Yes. |
| 10:23:46 | 4 | Q. Okay. Would you have wanted to continue |
| 10:23:49 | 5 | working there? |
| | 6 | A. Yes. |
| 10:23:53 | 7 | Q. Okay. And at some point there was a decision |
| 10:23:56 | 8 | made to nonrenew your contract? |
| | 9 | A. Yes. |
| 10:24:00 | 10 | Q. Would you have wanted to continue working there |
| 10:24:02 | 11 | had your contract not been nonrenewed? |
| | 12 | A. Yes. |
| 10:24:09 | 13 | Q. So you wouldn't have wanted to leave had your |
| 10:24:12 | 14 | contract not been nonrenewed? |
| 10:24:14 | 15 | A. That's right. |
| 10:24:15 | 16 | Q. Were you generally treated well? |
| 10:24:18 | 17 | A. At what time? |
| 10:24:20 | 18 | Q. During the 14 years that you were employed |
| 10:24:22 | 19 | there. |
| 10:24:22 | 20 | A. Generally, yes. |
| 10:24:28 | 21 | Q. Did you get pay raises every year until the |
| 10:24:32 | 22 | year your contract was nonrenewed? |
| 10:24:34 | 23 | A. If the pay raises were given, all teachers |
| 10:24:38 | 24 | received pay raises, if that was the norm at that time. |
| 10:24:43 | 25 | Q. So there was never a year that you didn't get a |

```
10:24:46   1  pay raise?
10:24:51   2      A.   I'm not understanding this question because pay
10:24:55   3  raises were granted, all teachers received them.
10:24:58   4      Q.   Everybody got them?
10:24:59   5      A.   Everybody got them.
           6      Q.   Right.
10:24:59   7      A.   So I don't understand the question.
10:25:01   8      Q.   Well, there was never a year that you didn't
10:25:03   9  get an increase in your pay; right?
10:25:05  10      A.   If it was -- my understanding is, if -- if that
10:25:09  11  was what was to be granted to teachers, every teacher
10:25:13  12  received the pay raise.
10:25:15  13      Q.   Okay.  And you never were left out of that if
10:25:18  14  it was to be given --
10:25:18  15      A.   I didn't think they could leave anyone out of
10:25:21  16  it.
10:25:22  17      Q.   Right.  So --
10:25:23  18      A.   That was my understanding of it.
10:25:25  19      Q.   Right.  And so --
10:25:27  20      A.   I received the pay raise.
10:25:30  21      Q.   Okay.  That's what I'm trying to find out.  And
10:25:33  22  what I'm going to do is give to you deposition -- what
10:25:36  23  has been marked as Plaintiff's Deposition Exhibit
10:25:40  24  Number 3, and show you -- give you a chance to look at
10:27:16  25  that.  Does that look about right to you?  Did I give
```

```
10:27:18   1   you a chance to review it?
10:27:21   2        A.   Yes.  It looks about right.
10:27:25   3        Q.   Okay.  And -- and I'm looking at the first
10:27:28   4   page.  It shows the beginning date of 8/19/91 and it
10:27:35   5   talks about a campus assignment of 42.  Do you know
10:27:37   6   what that campus assignment was?  Do you see where I'm
10:27:42   7   looking, right above beginning date?
10:27:50   8        A.   That -- that was the campus number, if I recall
10:27:56   9   correctly, but that's all I know.
10:27:59  10        Q.   And do you -- so you don't know what that 42
10:28:03  11   stands for, you don't remember the campus that you
10:28:05  12   worked at when you first started?
10:28:07  13        A.   I worked at Kitty Hawk.
10:28:10  14        Q.   So --
10:28:10  15        A.   But I'm not -- yeah, those were the numbers for
10:28:21  16   the campuses.
10:28:21  17        Q.   So 42 would be Kitty Hawk?
10:28:24  18        A.   I think.
10:28:30  19        Q.   And I'm not sure I've provided it for the
10:28:32  20   record, but what we're looking at here are salary
10:28:36  21   worksheets for -- for you, Ms. Garrett, from the date
10:28:38  22   of your employment through the end of your employment,
10:28:47  23   8/19/91 through 6/2/2005.  And so what you just relayed
10:28:54  24   to me was that the home campus or the campus
10:28:58  25   assignment, there's a number beside it, and when you
```