| | | |
|---|---|---|
| 10:29:01 | 1 | first started, you started working at Kitty Hawk. And |
| 10:29:04 | 2 | this indicates that for your first campus assignment, |
| 10:29:09 | 3 | number 42, you're representing to me that that you |
| 10:29:11 | 4 | think that was Kitty Hawk? |
| | 5 |     A.   Yes. |
| 10:29:13 | 6 |     Q.   Okay.  And it looks like at some point about |
| 10:29:27 | 7 | seven pages in here, there was a campus where the home |
| 10:29:34 | 8 | campus notation indicates a number 43.  Do you see |
| 10:29:39 | 9 | where I'm looking? |
| 10:29:40 | 10 |     A.   Yes. |
| 10:29:40 | 11 |     Q.   And where did -- where did you work after Kitty |
| 10:29:44 | 12 | Hawk?  Do you remember? |
| 10:29:45 | 13 |     A.   At Woodlake Hills. |
| 10:29:47 | 14 |     Q.   So in 1997 you went to Woodlake Hills? |
| 10:29:50 | 15 |     A.   Yes. |
| 10:29:54 | 16 |     Q.   So 43 would be Woodlake Hills; correct? |
| 10:29:59 | 17 |     A.   I think, yes. |
| 10:30:03 | 18 |     Q.   And in 1997 when you went to Woodlake Hills, |
| 10:30:09 | 19 | did your sister work at Woodlake Hills? |
| 10:30:11 | 20 |     A.   Yes, I think so. |
| 10:30:12 | 21 |     Q.   Was she a principal there? |
| 10:30:13 | 22 |     A.   She was an assistant principal. |
| 10:30:15 | 23 |     Q.   And who was the principal? |
| 10:30:17 | 24 |     A.   John Snowdy. |
| 10:30:25 | 25 |     Q.   Okay.  As assistant principal did you report to |

| | | |
|---|---|---|
| 10:30:28 | 1 | your sister? |
| | 2 | A.   Yes. |
| 10:30:32 | 3 | Q.   So she was your supervisor? |
| 10:30:34 | 4 | A.   Mr. Snowdy was my supervisor. |
| 10:30:36 | 5 | Q.   Was your sister also a supervisor or no? |
| 10:30:40 | 6 | A.   I don't know what you mean by supervisor. Yes. |
| 10:30:44 | 7 | I guess the answer is yes. |
| 10:30:46 | 8 | Q.   Well, did -- did she participate in any |
| 10:30:50 | 9 | evaluations of you or walk-throughs or observations? |
| 10:30:53 | 10 | A.   Walk-throughs. |
| 10:30:55 | 11 | Q.   So her walk-throughs were part of an evaluation |
| 10:31:00 | 12 | process that had to be conducted for teachers; correct? |
| 10:31:03 | 13 | A.   Right. |
| 10:31:04 | 14 | Q.   Was there any other assistant principal at |
| 10:31:07 | 15 | Woodlake Hills Middle School? |
| 10:31:08 | 16 | A.   There were three or -- three or four. |
| 10:31:10 | 17 | Q.   Three or four? |
| | 18 | A.   Yes. |
| 10:31:11 | 19 | Q.   Did other -- did those assistant principals |
| 10:31:15 | 20 | also participate in walk-throughs of you -- |
| | 21 | A.   Yes. |
| 10:31:18 | 22 | Q.   -- as you were teaching? |
| | 23 | A.   Yes. |
| 10:31:20 | 24 | Q.   Okay. So all of the assistant principals you |
| 10:31:23 | 25 | would say would be your supervisor in addition to |

| | | |
|---|---|---|
| 10:31:26 | 1 | Mr. Snowdy? |
| 10:31:28 | 2 | A.   Snowdy. |
| 10:31:28 | 3 | Q.   Snowdy? |
| 10:31:29 | 4 | A.   Yes. |
| | 5 | Q.   Is that correct? |
| 10:31:29 | 6 | A.   Yes. |
| 10:31:32 | 7 | Q.   Okay.  Because, basically, you've got the |
| 10:31:33 | 8 | principal and then you've got the assistant principal |
| 10:31:36 | 9 | and that's kind of the management of that campus; |
| 10:31:39 | 10 | correct? |
| | 11 | A.   Yes. |
| 10:31:40 | 12 | Q.   And underneath that management umbrella are |
| 10:31:43 | 13 | the -- the teachers and staff; correct? |
| 10:31:44 | 14 | A.   Correct. |
| 10:31:48 | 15 | Q.   Okay.  Did you have one specific assistant |
| 10:31:50 | 16 | principal that you had to report to or were you |
| 10:31:54 | 17 | required to answer to all the assistant principle as |
| 10:31:58 | 18 | well as the principal? |
| 10:31:59 | 19 | A.   I recall not just one, all of them. |
| 10:32:01 | 20 | Q.   All of them? |
| | 21 | A.   Yes. |
| 10:32:06 | 22 | Q.   And would -- would they all be involved in the |
| 10:32:09 | 23 | evaluation process? |
| 10:32:09 | 24 | A.   Yes.  Like you -- like you said walk-throughs, |
| 10:32:12 | 25 | yes. |

| | | |
|---|---|---|
| 10:32:12 | 1 | Q. Okay. |
| 10:32:12 | 2 | A. And evaluations. |
| 10:32:15 | 3 | Q. Okay. So their input would contribute to a |
| 10:32:18 | 4 | teacher's evaluation? |
| | 5 | A. Yes. |
| 10:32:24 | 6 | Q. Okay. So in 1997 your sister was an assistant |
| 10:32:28 | 7 | principal there? |
| 10:32:28 | 8 | A. Yes. I -- |
| 10:32:29 | 9 | Q. Do you -- I'm sorry? |
| 10:32:30 | 10 | A. I think. You know, I'm bad with dates, so I |
| 10:32:33 | 11 | think around about that time, '97, yes. |
| 10:32:38 | 12 | Q. Okay. And do you recall when she became |
| 10:32:42 | 13 | principal? |
| 10:32:42 | 14 | A. No, I don't. |
| 10:32:43 | 15 | Q. Do you recall when Ms. Ruffin became principal? |
| 10:32:50 | 16 | A. I think it was 2001. |
| 10:33:18 | 17 | Q. And if I'm looking at these documents |
| 10:33:20 | 18 | correctly, from 1997, which is at page 7, through the |
| 10:33:25 | 19 | end, you were -- your home campus was number 43, which |
| 10:33:30 | 20 | would have been Woodlake Hills; correct? |
| | 21 | A. Yes. |
| 10:33:37 | 22 | Q. Okay. Do you recall if Ms. Ruffin started with |
| 10:33:40 | 23 | the district in 2001 as an assistant principal or did |
| 10:33:44 | 24 | she come in as a principal? |
| 10:33:45 | 25 | A. She came in as a principal. |

| | | |
|---|---|---|
| 10:33:48 | 1 | Q. From another part of the district or from |
| 10:33:50 | 2 | another school district all together? |
| 10:33:52 | 3 | A. She came from Lafayette, Louisiana. |
| 10:33:56 | 4 | Q. Okay. And when she came, did she -- her coming |
| 10:34:05 | 5 | get -- make -- sorry, let me rephrase. Did her coming |
| 10:34:10 | 6 | to the district and coming specifically to Woodlake |
| 10:34:12 | 7 | Hills mean that your sister was no longer employed at |
| 10:34:15 | 8 | the district? |
| 10:34:17 | 9 | A. She was still employed. |
| 10:34:21 | 10 | Q. But you said she was the principal at Woodlake |
| 10:34:24 | 11 | Hills? |
| | 12 | A. Yes. |
| 10:34:25 | 13 | Q. So when Ms. Ruffin came, she was the principal |
| 10:34:30 | 14 | at Woodlake Hills; correct? |
| 10:34:32 | 15 | A. That's correct. |
| 10:34:33 | 16 | Q. So somebody had to go? |
| 10:34:36 | 17 | A. Exactly. |
| 10:34:36 | 18 | Q. And who had to go? |
| 10:34:40 | 19 | A. Dr. Zukowski, her -- Ms. Ruffin's |
| 10:34:44 | 20 | brother-in-law at that time removed my sister from that |
| 10:34:47 | 21 | school and placed Ms. Ruffin there. |
| 10:34:51 | 22 | Q. So Dr. Zukowski was Ms. Ruffin's |
| 10:34:55 | 23 | brother-in-law? |
| 10:34:55 | 24 | A. Former brother-in-law. |
| 10:34:57 | 25 | Q. Okay. And if I heard you correctly, you said |

```
10:35:00   1   that he placed Ms. Ruffin there.  And did he nonrenew
10:35:06   2   your sister's contract?
10:35:06   3       A.   No, he didn't.
10:35:07   4       Q.   What did he do?
10:35:09   5       A.   He placed her -- he -- at first -- his first
10:35:14   6   intent was to place her at another school, but then she
10:35:17   7   was placed in district office.
10:35:23   8       Q.   Okay.  Was there some kind of discrimination in
10:35:25   9   his doing that?
10:35:27  10       A.   I have no idea, ma'am.
10:35:28  11       Q.   Did you feel like there was?
10:35:32  12       A.   I didn't feel too good about it, neither did my
10:35:35  13   sister.
10:35:36  14       Q.   Why not?
10:35:38  15       A.   Why would she?  When she was doing the job, why
10:35:43  16   would she feel good about it?  That's the only answer I
10:35:47  17   have for that.
10:35:49  18       Q.   Were -- was it fair to say that you were not
10:35:51  19   happy about it?
10:35:57  20       A.   It would be very fair to say that, yes, ma'am.
10:35:59  21       Q.   Would it be fair to say that you were angry
10:36:02  22   about it?
10:36:03  23       A.   Well, I'm -- I wasn't happy about it.
10:36:08  24       Q.   Okay.  And were you angry at Dr. Zukowski about
10:36:12  25   it?
```

```
10:36:12   1      A.   I wouldn't -- I was not angry at -- I was angry
10:36:19   2   about the decision, about the move.  I was upset about
10:36:24   3   it, so was my sister.
10:36:26   4      Q.   And you feel -- I'm sorry.
10:36:29   5      A.   I felt that she was doing the job, so why
10:36:37   6   should she be moved and someone else placed there,
10:36:40   7   someone new.
10:36:41   8      Q.   Seemed unfair to you?
10:36:43   9      A.   Very unfair.
10:36:43  10      Q.   And did your sister complain about that?
10:36:49  11      A.   Yes, she did.
10:36:51  12      Q.   Did you complain about it?
10:36:54  13      A.   No.  I -- I listened to her and I tried to help
10:37:00  14   her get through it, to be honest with you.
10:37:06  15      Q.   And when you said that she complained about it,
10:37:08  16   did she complain about it to the district?
10:37:10  17      A.   I don't have any idea about that, ma'am.  I
10:37:13  18   don't know if she did or not.
10:37:16  19      Q.   Did you complain --
10:37:17  20      A.   A great deal of it -- I'm sorry?
10:37:18  21      Q.   No, I'm sorry.
10:37:19  22      A.   A great deal of it, she kept it to herself.
10:37:22  23   She made some statements to me, but she kept most of it
10:37:26  24   to herself.  So I don't know if she complained to
10:37:28  25   anyone else or not.
```

| | | |
|---|---|---|
| 10:37:28 | 1 | Q.   Now, I asked you, I think, did you complain |
| 10:37:40 | 2 | about it? |
| 10:37:40 | 3 | A.   You mean to the district or to someone in |
| 10:37:42 | 4 | the -- |
| 10:37:42 | 5 | Q.   Just in general. |
| 10:37:43 | 6 | A.   I didn't talk about it anymore because I didn't |
| 10:37:45 | 7 | want to upset my sister anymore than she was.  If she |
| 10:37:49 | 8 | didn't talk about it, I didn't talk about it. |
| 10:37:50 | 9 | Q.   So you didn't complain to the district about |
| 10:37:53 | 10 | it? |
| 10:37:53 | 11 | A.   No.  That was not my place to do that. |
| 10:37:57 | 12 | Q.   Do you -- do you think that the fact that |
| 10:38:07 | 13 | Ms. Ruffin replaced your sister was discriminatory in |
| 10:38:12 | 14 | any way? |
| 10:38:12 | 15 | MR. WAOBIKEZE:  Objection, form. |
| 10:38:13 | 16 | A.   I can't answer that. |
| | 17 | BY MS. HISEL: |
| 10:38:15 | 18 | Q.   Well, you said you felt it was unfair? |
| 10:38:18 | 19 | A.   Yes, I did. |
| 10:38:22 | 20 | Q.   And you said that you felt it was unfair |
| 10:38:25 | 21 | because you didn't understand the reason for it.  But |
| 10:38:27 | 22 | do you think that there was a reason -- for example, in |
| 10:38:32 | 23 | this -- the reason why we're here today, you had -- you |
| 10:38:36 | 24 | have made some claims, some of which involve race, age, |
| 10:38:40 | 25 | color, and sex; right? |