| | | |
|---|---|---|
| 10:38:43 | 1 | A.   Uh-huh. |
| 10:38:44 | 2 | Q.   So do you think that the decision to put to put |
| 10:38:53 | 3 | Ms. Ruffin there and replace your sister had to do with |
| 10:38:55 | 4 | any of those things? |
| 10:39:10 | 5 | A.   I feel possibly.  I have not thought through |
| 10:39:13 | 6 | this or analyzed or anything like that. |
| 10:39:16 | 7 | Q.   But possibly? |
| 10:39:17 | 8 | A.   Exactly. |
| 10:39:21 | 9 | Q.   And you just said you have just not really |
| 10:39:24 | 10 | thought about that.  So would it be fair to say that |
| 10:39:27 | 11 | you certainly didn't complain about any of those things |
| 10:39:30 | 12 | with respect to your sister? |
| 10:39:30 | 13 | A.   I would not hurt my sister by making a |
| 10:39:33 | 14 | complaint that she didn't approve of.  I don't know how |
| 10:39:36 | 15 | she handled it.  She didn't talk to me about it.  So I |
| 10:39:38 | 16 | would not do that to upset her and make her -- you |
| 10:39:46 | 17 | know, angry with me.  That was not my place to do that. |
| 10:39:49 | 18 | Q.   Sure.  I understand.  But you said that you |
| 10:39:53 | 19 | were not happy about it, you felt it was unfair; |
| | 20 | correct? |
| 10:39:56 | 21 | A.   Yes. |
| 10:39:59 | 22 | Q.   Were you -- would it -- what would be fair to |
| 10:40:03 | 23 | say, were you more unhappy with Ms. Ruffin or Dr. |
| 10:40:08 | 24 | Zukowski? |
| 10:40:08 | 25 | A.   I was unhappy with their decision.  I was very |

| | | |
|---|---|---|
| 10:40:15 | 1 | unhappy with their decision. |
| 10:40:17 | 2 | Q.  Do you feel that your unhappiness tainted or |
| 10:40:22 | 3 | touched on any way your feeling towards Ms. Ruffin? |
| 10:40:25 | 4 | A.  No, ma'am. |
| 10:40:26 | 5 | Q.  So you didn't hold it against her that Dr. |
| 10:40:29 | 6 | Zukowski put her in that position? |
| 10:40:32 | 7 | A.  No, ma'am, I didn't. |
| 10:40:37 | 8 | Q.  Did you hold it against Dr. Zukowski? |
| | 9 | A.  No. |
| 10:40:40 | 10 | Q.  You were just unhappy about it in general? |
| 10:40:42 | 11 | A.  I was unhappy about it.  I was not pleased with |
| 10:40:45 | 12 | it, but I did not hold it against anyone because I |
| 10:40:48 | 13 | didn't have any control over that.  It happened and I |
| 10:40:51 | 14 | didn't have any control over it at all, my sister or |
| 10:40:54 | 15 | not. |
| 10:40:54 | 16 | Q.  Your -- your sister didn't have any control |
| 10:40:56 | 17 | over it? |
| 10:40:57 | 18 | A.  I don't know.  I really don't know.  I did not |
| 10:41:03 | 19 | discuss that at length with her because she came -- she |
| 10:41:06 | 20 | became sick not long afterwards.  So I don't talk about |
| 10:41:10 | 21 | that with her. |
| 10:41:12 | 22 | Q.  Do you think that she got sick after that |
| 10:41:15 | 23 | because of what happened? |
| 10:41:18 | 24 | MR. WAOBIKEZE:  Objection, form. |
| 10:41:18 | 25 | A.  I think so. |

| | | |
|---|---|---|
| 10:41:24 | 1 | BY MS. HISEL: |
| 10:41:24 | 2 | Q.  So you said, "I think so"? |
| 10:41:25 | 3 | THE WITNESS:  I should answer? |
| 10:41:28 | 4 | MR. WAOBIKEZE:  Yes. |
| 10:41:28 | 5 | A.  I think so. |
| | 6 | BY MS. HISEL: |
| 10:41:29 | 7 | Q.  And what evidence do you have of that? |
| 10:41:32 | 8 | A.  I know my sister. |
| 10:41:38 | 9 | Q.  Okay.  And you said she had a stroke? |
| 10:41:40 | 10 | A.  Exactly. |
| 10:41:40 | 11 | Q.  And you think the stroke occurred because of |
| 10:41:43 | 12 | the events? |
| 10:41:44 | 13 | A.  I think it contributed -- |
| 10:41:45 | 14 | Q.  Okay. |
| 10:41:45 | 15 | A.  -- to that.  There were other factors, but I |
| 10:41:53 | 16 | think that contributed to it. |
| 10:41:53 | 17 | Q.  And what other evidence do you have of that? |
| 10:41:56 | 18 | A.  Like I said, I just know my sister. |
| 10:41:57 | 19 | Q.  So it's just your -- your own subjective |
| 10:42:00 | 20 | belief? |
| 10:42:01 | 21 | A.  Exactly. |
| 10:42:02 | 22 | Q.  You have no facts supporting that belief? |
| 10:42:07 | 23 | A.  I know how it upset her.  I know how |
| 10:42:11 | 24 | disappointed she was. |
| 10:42:19 | 25 | Q.  And yet you recognize and -- and stated earlier |

| | | |
|---|---|---|
| 10:42:21 | 1 | that strokes run in your family? |
| 10:42:25 | 2 | A.   Yes, but if factors contribute to your |
| 10:42:30 | 3 | condition, then you can possibly have one. |
| 10:42:49 | 4 | Q.   Okay.  Now, at the time that you were hired at |
| 10:42:51 | 5 | the district and throughout your employment with the |
| 10:43:01 | 6 | district, you were given a copy of the district's |
| 10:43:04 | 7 | personnel policies; correct?  Or had an opportunity to |
| 10:43:07 | 8 | review them; correct? |
| | 9 | A.   Yes. |
| 10:43:09 | 10 | Q.   Okay.  And I'm going to mark here Plaintiff's |
| 10:43:15 | 11 | Deposition Exhibit Number 4.  I'll give you a copy of |
| 10:43:37 | 12 | that.  Did I give you an opportunity to review that? |
| | 13 | A.   Yes. |
| 10:43:40 | 14 | Q.   Okay.  Is that your signature there? |
| 10:43:41 | 15 | A.   Yes, it is. |
| 10:43:44 | 16 | Q.   All right.  And would you agree that through |
| 10:43:48 | 17 | these policies, the district has policies in place and |
| 10:43:51 | 18 | is taking efforts to prevent discrimination and |
| 10:43:54 | 19 | retaliation by having such policies? |
| 10:43:58 | 20 | A.   I don't know.  Did you ask me if they're taking |
| 10:44:01 | 21 | measures to prevent discrimination and -- |
| 10:44:03 | 22 | Q.   Retaliation? |
| 10:44:04 | 23 | A.   I don't know about that. |
| 10:44:06 | 24 | Q.   Don't know? |
| 10:44:07 | 25 | A.   I don't know. |

| | | |
|---|---|---|
| 10:44:10 | 1 | Q. Would you agree that these policies are |
| 10:44:13 | 2 | available to everybody? |
| 10:44:17 | 3 | A. I think they are. They're supposed to be. |
| 10:44:20 | 4 | Q. And that these policies apply equally to |
| 10:44:25 | 5 | everybody? |
| 10:44:25 | 6 | A. That's a question that I don't know about. |
| 10:44:28 | 7 | Q. Does it -- |
| 10:44:29 | 8 | A. I can't answer that. |
| 10:44:29 | 9 | Q. Does it indicate that an employee can go online |
| 10:44:33 | 10 | to review the policies? |
| | 11 | A. Yes. |
| 10:44:39 | 12 | Q. And that in providing these policies to |
| 10:44:44 | 13 | everybody, that no one is being singled out for |
| 10:44:49 | 14 | exclusion of the policy or not being able to review the |
| 10:44:53 | 15 | policy? |
| 10:44:56 | 16 | A. I don't know about the single out part. I |
| 10:44:58 | 17 | don't understand that -- that phrase, no one is being |
| 10:45:02 | 18 | singled out. I don't know about that one. |
| | 19 | Q. Okay. |
| 10:45:07 | 20 | A. I cannot respond to that one. |
| 10:45:09 | 21 | Q. Well, what do you think I mean when I say |
| 10:45:13 | 22 | "singled out" or "applies equally"? What do you think |
| 10:45:16 | 23 | I'm getting at? Do you think I'm trying to get at |
| 10:45:19 | 24 | something or -- |
| 10:45:19 | 25 | MR. WAOBIKEZE: Objection, form. |

```
10:45:19   1    A.   I don't know if -- I don't know about trying to
10:45:21   2  get at something, but to interject single out or
10:45:27   3  treated equally or whatever you said, that sounds --
           4  BY MS. HISEL:
10:45:33   5    Q.   I promise you I'm not --
10:45:34   6    A.   -- kind of leading.
10:45:35   7    Q.   Okay.  I promise you I'm not trying to trick
10:45:38   8  you.
10:45:38   9    A.   It sounds that way.
10:45:39  10    Q.   I'm sorry.  I promise you I'm not.  All right.
10:45:43  11  Let's take a look at what I'm going to mark here as
10:45:50  12  Plaintiff's Deposition Exhibit Number 5.  I'm going to
10:45:52  13  give you a chance to look at that.  Give that to your
10:45:59  14  attorney.
10:45:59  15    A.   Before we begin this, may I have a short break?
10:46:01  16    Q.   You bet.
10:46:02  17    A.   I need to go to the restroom.
10:46:04  18    Q.   You bet.
10:46:05  19         (Recess taken between 10:46 and 10:52.)
          20  BY MS. HISEL:
10:52:34  21    Q.   All right.  And -- now, did -- did you have an
10:52:49  22  opportunity to look at Plaintiff's Deposition Exhibit
10:52:51  23  Number -- Number 5?
10:52:53  24    A.   Some of it, yes.
10:52:57  25    Q.   Would you agree that this appears to be about
```

| | | |
|---|---|---|
| 10:53:00 | 1 | an 11-page document, the first page being a |
| 10:53:07 | 2 | September 7th, 2005, notice of charge of discrimination |
| 10:53:09 | 3 | and request for information? |
| | 4 | A. Yes. |
| 10:53:13 | 5 | Q. And it's referencing Ms. Garrett, you? |
| | 6 | A. Yes. |
| 10:53:16 | 7 | Q. Versus Judson Independent School District; is |
| | 8 | that correct? |
| | 9 | A. Yes. |
| 10:53:21 | 10 | Q. And it references a TWCCRD complaint number; |
| | 11 | correct? |
| 10:53:29 | 12 | A. Yes. |
| 10:53:29 | 13 | Q. And that number is 1A50361-S? |
| | 14 | A. Yes. |
| 10:53:35 | 15 | Q. And then it references an EEOC complaint number |
| 10:53:40 | 16 | 31CA500894; is that correct? |
| | 17 | A. Yes. |
| 10:53:45 | 18 | Q. Okay. And do you see where that it -- there |
| 10:53:48 | 19 | that it's addressed to Ms. Sue Sansom? |
| | 20 | A. Yes. |
| 10:53:52 | 21 | Q. And do you know who Ms. Sue Sansom is -- |
| 10:53:57 | 22 | Sansom? |
| 10:53:57 | 23 | A. She was the personnel director when I was |
| 10:54:02 | 24 | there. |
| 10:54:02 | 25 | Q. Okay. So looks like -- do you see a stamp |