| | | |
|---|---|---|
| 10:54:04 | 1 | there, too, that says, "Received in personnel |
| 10:54:10 | 2 | September 9th, 2005"? |
| | 3 | A.  Yes. |
| 10:54:12 | 4 | Q.  So if -- if the evidence shows that Ms. Sansom |
| 10:54:15 | 5 | was the personnel director at this time at Judson ISD, |
| 10:54:18 | 6 | would it be fair to say that the district received this |
| 10:54:21 | 7 | on September 2005, September 9th, 2005? |
| | 8 | A.  Yes. |
| 10:54:25 | 9 | Q.  Okay.  Looks like they were receiving notice |
| 10:54:32 | 10 | that you had filed a complaint of discrimination; |
| | 11 | correct? |
| 10:54:36 | 12 | A.  Yes. |
| 10:54:39 | 13 | Q.  Okay.  Could I get you to turn to page 3, the |
| 10:54:42 | 14 | third page, which is a TWC Civil Rights Division charge |
| 10:54:48 | 15 | of discrimination form.  Do you see that there? |
| | 16 | A.  Yes. |
| 10:54:51 | 17 | Q.  Okay.  All right.  What I'd like to do is kind |
| 10:55:03 | 18 | of talk about some of the charges that are in this |
| 10:55:07 | 19 | lawsuit.  And it seems to me in looking at some of this |
| 10:55:11 | 20 | documentation, that those charges stem from this -- |
| 10:55:13 | 21 | this initial charge of discrimination.  Would that be |
| 10:55:15 | 22 | fair to say? |
| | 23 | A.  Yes. |
| 10:55:17 | 24 | Q.  Okay.  And so let's look at that charge.  Do |
| 10:55:24 | 25 | you see the information there indicating your name; |

| | | |
|---|---|---|
| | 1 | correct? |
| 10:55:32 | 2 | A.  Yes. |
| 10:55:33 | 3 | Q.  And is that your signature at the bottom? |
| | 4 | A.  Yes. |
| 10:55:38 | 5 | Q.  Okay.  Do you see the -- the paragraph there in |
| 10:55:48 | 6 | the middle there that says, "Original received |
| 10:55:51 | 7 | April 13th, 2005"? |
| | 8 | A.  Yes. |
| 10:55:54 | 9 | Q.  Okay.  Right above that is a line that says, |
| 10:55:59 | 10 | "Cause of discrimination based on" and there are some |
| 10:56:03 | 11 | boxes checked; correct? |
| 10:56:05 | 12 | A.  Yes. |
| 10:56:06 | 13 | Q.  And the boxes are race, sex, and retaliation? |
| | 14 | A.  Yes. |
| 10:56:12 | 15 | Q.  And then it says, "Other:  TCHR act."  Do you |
| 10:56:16 | 16 | see that? |
| | 17 | A.  Yes. |
| 10:56:20 | 18 | Q.  What other causes of discrimination were you |
| 10:56:25 | 19 | referring to when that box was checked? |
| 10:56:52 | 20 | A.  I think at that time, I wasn't certain of what |
| 10:56:58 | 21 | I should be checking and I wanted to cover all bases, |
| 10:57:06 | 22 | to be honest with you. |
| 10:57:07 | 23 | Q.  Okay. |
| 10:57:08 | 24 | A.  In case there were others -- other -- other |
| 10:57:11 | 25 | charges or whatever, that's why I checked it. |

| | | |
|---|---|---|
| 10:57:13 | 1 | Q. Okay. What other charges would they be? |
| 10:57:21 | 2 | A. I hadn't talked to an attorney and I didn't |
| 10:57:24 | 3 | know, so I wanted to be sure that I had filled in |
| 10:57:28 | 4 | everything I needed to. |
| 10:57:29 | 5 | Q. So at this point -- and that point would have |
| 10:57:33 | 6 | been April 13th, 2005 -- you had not talked to an |
| 10:57:38 | 7 | attorney; is that correct? |
| 10:57:39 | 8 | A. I had talked to an attorney with Texas State |
| 10:57:43 | 9 | Teachers Association, I think, first part of April of |
| 10:57:53 | 10 | that year. |
| 10:57:55 | 11 | Q. Okay. And did that -- do you remember that |
| 10:57:57 | 12 | attorney's name? |
| 10:57:59 | 13 | A. His last name is Shirk, S-h-i-r-k. |
| 10:58:04 | 14 | Q. And did he tell you to file a charge with the |
| 10:58:10 | 15 | EEOC? |
| 10:58:11 | 16 | A. No. I -- I had done this before I talked to |
| 10:58:15 | 17 | him, I believe. |
| 10:58:17 | 18 | Q. Okay. And did you tell Mr. Shirk you had done |
| 10:58:21 | 19 | that? |
| 10:58:23 | 20 | A. I don't remember the exact dates. I may have |
| 10:58:26 | 21 | done this after I talked to him. I don't remember. It |
| 10:58:31 | 22 | was a matter of weeks. I don't recall if I told him I |
| 10:58:39 | 23 | had done this. He may have asked me. I may have told |
| 10:58:41 | 24 | him, but I don't recall it's been -- there's been so |
| 10:58:45 | 25 | much that's involved in this. I don't remember if I |

| | | |
|---|---|---|
| 10:58:48 | 1 | told him that. |
| 10:58:49 | 2 | Q. Well, at this time, April 13th, 2005, you were |
| 10:58:53 | 3 | still employed with the district; correct? |
| | 4 | A. Yes. |
| 10:58:55 | 5 | Q. And did you tell anybody at the district you |
| 10:58:59 | 6 | had filed a charge with the EEOC? |
| | 7 | A. No. |
| 10:59:03 | 8 | Q. So nobody at the district knew? |
| 10:59:06 | 9 | A. Not to my knowledge. |
| 10:59:07 | 10 | Q. Because you didn't tell them or give them |
| 10:59:09 | 11 | any -- |
| 10:59:09 | 12 | A. No. |
| 10:59:09 | 13 | Q. -- evidence that you had done that; correct? |
| 10:59:11 | 14 | A. No. |
| 10:59:15 | 15 | Q. All right. Let's look at the Roman numeral |
| 10:59:18 | 16 | number 1 there -- or, actually, let me back up. If you |
| 10:59:23 | 17 | look to the right of that line where the boxes are |
| 10:59:26 | 18 | checked, it says the date discrimination took place and |
| 10:59:29 | 19 | it indicates a date of 3/30/2005; correct? |
| 10:59:35 | 20 | A. Yes. |
| 10:59:38 | 21 | Q. Okay. So is it fair to say that you're |
| 10:59:42 | 22 | claiming that the discrimination described in this box |
| 10:59:45 | 23 | occurred at the earliest on or about March 30th, 2005? |
| 10:59:54 | 24 | A. I -- yeah, that's -- I don't -- I really don't |
| 11:00:00 | 25 | know. That's not the earliest date that it occurred. |

```
11:00:04   1  I think that was the date when I received the
11:00:07   2  nonrenewal notice, but this is not the earliest date of
11:00:10   3  the discrimination.
11:00:11   4      Q.   When was the earliest date of discrimination?
11:00:15   5      A.   It started in 2001 or '2, especially at the end
11:00:25   6  of that school year.
11:00:26   7      Q.   And it started 2001-2002 and so that was the
11:00:32   8  year Ms. Ruffin came; right?
11:00:34   9      A.   Exactly.
11:00:36  10      Q.   So why didn't you indicate that on this form?
11:00:40  11      A.   I didn't think about it.  And the person I
11:00:44  12  talked to asked me some questions and -- and that's
11:00:57  13  how -- this is the time period of the nonrenewal, I
11:01:01  14  believe.  I know it started 2001 to '02.
11:01:08  15      Q.   Did you report any of that discrimination in
11:01:11  16  2001?  Or when I say "that discrimination," you said
11:01:13  17  that you were being discriminated against in 2001-2002?
          18      A.   Yes.
11:01:18  19      Q.   What was happening in 2001 and 2002 that you
11:01:22  20  considered to be discrimination?
11:01:39  21      A.   Ms. Ruffin did some things that were not in
11:01:45  22  line with the way of certain federal programs should be
11:01:52  23  run.  And I -- I told her this.  And she -- she went
11:02:00  24  forth with her plans and she went before the faculty.
11:02:04  25  She called me in and wrote a conference form regarding
```

| | | |
|---|---|---|
| 11:02:10 | 1 | that and then she -- |
| 11:02:12 | 2 | Q.   Okay.  Wait, wait, wait. |
| 11:02:13 | 3 | A.   Okay. |
| 11:02:17 | 4 | MS. HISEL:  Could you read that back to me? |
| | 5 | THE REPORTER:  The answer? |
| | 6 | MS. HISEL:  Yes, please. |
| | 7 | (Answer read by reporter.) |
| | 8 | BY MS. HISEL: |
| 11:02:45 | 9 | Q.   Okay.  What certain federal programs were not |
| 11:02:47 | 10 | run as they should have been run? |
| 11:02:52 | 11 | A.   The CMC program had another program added to it |
| 11:02:56 | 12 | and it was called ACE, the acronym ACE, A-C-E.  I don't |
| 11:03:01 | 13 | remember what those letters stood for. |
| 11:03:02 | 14 | Q.   What does CMC stand for? |
| 11:03:05 | 15 | A.   CMC stands for content mastery program.  The |
| 11:03:09 | 16 | content mastery program was set up to assist special |
| 11:03:14 | 17 | education students.  These students would go through |
| 11:03:19 | 18 | what's called an ARD, admit -- I can't remember the |
| 11:03:26 | 19 | R -- I know the D stands for dismissal -- admit, |
| 11:03:29 | 20 | review, and dismissal, if I'm not mistaken.  The other |
| 11:03:36 | 21 | program, ACE, these were students who were having |
| 11:03:39 | 22 | difficulties in classes and they were identified also. |
| 11:03:43 | 23 | You just couldn't send any student to the program -- |
| 11:03:47 | 24 | Q.   To what program? |
| 11:03:48 | 25 | A.   -- just on a whim.  ACE program.  The content |

| | | |
|---|---|---|
| 11:03:51 | 1 | mastery program was for special education students and |
| 11:03:56 | 2 | they had special needs. And -- and they would come to |
| 11:04:03 | 3 | content mastery sometimes on a daily basis. And ACE |
| 11:04:08 | 4 | would -- would -- was set up the same way, but ACE was |
| 11:04:12 | 5 | for the failing students on campus. And some of these |
| 11:04:16 | 6 | students also had ARDs done on them and what were |
| 11:04:21 | 7 | called STATS. And I do not remember any of the |
| 11:04:26 | 8 | wordings or words for that assessment. But, anyway, we |
| 11:04:35 | 9 | each had a classroom. There was a teacher and teacher |
| 11:04:39 | 10 | assistant in the content mastery classroom. And I was |
| 11:04:44 | 11 | a teacher, I had a teacher assistant in the ACE |
| 11:04:48 | 12 | classroom. And we were -- the classrooms was next door |
| 11:04:50 | 13 | to each other. When Ms. Ruffin came, she wanted to |
| 11:04:57 | 14 | place all the failures on campus into those classrooms. |
| 11:05:02 | 15 | She wanted them to have access to it. She wanted |
| 11:05:06 | 16 | resource students to have access to it. She wanted |
| 11:05:10 | 17 | co-teach students to have access to it. |
| 11:05:11 | 18 | Q.    Why? |
| 11:05:12 | 19 | A.    Because she wanted to cut the failure rate. |
| 11:05:15 | 20 | There was 1600 kids on that campus at that time and |
| 11:05:21 | 21 | half of them were failing, not to mention resource and |
| 11:05:24 | 22 | co-teach. But resource is a federal program of itself |
| 11:05:29 | 23 | and so is co-teach. And you cannot mix those programs. |
| 11:05:36 | 24 | I'll say it that way. You can't have resource students |
| 11:05:38 | 25 | in co-teach classrooms and vice versa. And that's what |

| | | |
|---|---|---|
| 11:05:41 | 1 | she wanted to do. And when I told her this, she listen |
| 11:05:49 | 2 | to me, she listened to the other teacher, and the other |
| 11:05:52 | 3 | teacher assistant. And -- |
| 11:05:54 | 4 | Q. Well, what did you tell her? |
| 11:05:55 | 5 | A. I told her what I -- what I just told you. |
| 11:05:58 | 6 | Q. You couldn't -- you can't do that? |
| 11:06:00 | 7 | A. That you're not supposed to do that. I told |
| 11:06:02 | 8 | her that. |
| 11:06:02 | 9 | Q. Did you say, "You're not supposed to do that |
| 11:06:06 | 10 | because"? |
| 11:06:06 | 11 | A. I told her that. |
| 11:06:07 | 12 | Q. Because why? |
| 11:06:08 | 13 | A. Because you do not mix those programs. They -- |
| 11:06:11 | 14 | each program receives federal funds and you -- you just |
| 11:06:15 | 15 | don't do it in an educational environment because the |
| 11:06:19 | 16 | government does not allow that. It's against the law. |
| 11:06:22 | 17 | Q. What law? |
| 11:06:23 | 18 | A. I don't know the law, but I know it's against |
| 11:06:25 | 19 | the law. I can't quote the law to you, but it is |
| 11:06:28 | 20 | against the law to do that. |
| 11:06:29 | 21 | Q. But what law do you know of? |
| 11:06:32 | 22 | A. I just told you I don't know the law. But in |
| 11:06:35 | 23 | the educational arena, you do not mix programs like |
| 11:06:39 | 24 | that. |
| 11:06:42 | 25 | Q. According to what? I mean -- |