| | | |
|---|---|---|
| 11:06:47 | 1 | A.  Federal law does not allow that. |
| 11:06:49 | 2 | Q.  What federal law? |
| 11:06:51 | 3 | A.  I -- I just answered that, ma'am. |
| 11:06:52 | 4 | Q.  I mean, I guess I'm just -- I guess I'm trying |
| 11:06:54 | 5 | to figure out what evidence of what federal law do you |
| 11:06:56 | 6 | have that says that -- that -- and I'm not even sure I |
| 11:07:04 | 7 | understand what it is that you're saying can or can't |
| 11:07:07 | 8 | be done.  You're talking about a content mastery class |
| 11:07:10 | 9 | and ACE? |
| 11:07:11 | 10 | A.  Exactly. |
| 11:07:11 | 11 | Q.  And so one was for special ed and one was for |
| 11:07:15 | 12 | failing students? |
| 11:07:17 | 13 | A.  Failing students or students who were having |
| 11:07:20 | 14 | problems in -- in the classroom, yes.  But resource |
| 11:07:25 | 15 | students have their classroom, co-teach students have |
| 11:07:30 | 16 | theirs, and they -- |
| 11:07:32 | 17 | Q.  What is a resource student and a co-teach |
| 11:07:37 | 18 | student? |
| 11:07:37 | 19 | A.  I really can't define it, I guess, but I do |
| 11:07:42 | 20 | know that co-teach students have two teachers in the |
| 11:07:46 | 21 | classroom. |
| 11:07:46 | 22 | Q.  Okay. |
| 11:07:47 | 23 | A.  I do know that.  And resource students are |
| 11:07:50 | 24 | students who need a great deal of help.  And I don't |
| 11:07:57 | 25 | know, you know, how to define it -- |

|  |  |  |
|---|---|---|
| 1:07:58 | 1 | Q.   Are they -- |
| 11:08:00 | 2 | A.   -- for you. |
| 11:08:00 | 3 | Q.   I'm sorry. |
| 11:08:01 | 4 | A.   Okay. |
| 11:08:04 | 5 | Q.   Are they disabled?  Are resource students |
| 11:08:05 | 6 | disabled? |
| 11:08:07 | 7 | A.   No.  They're -- they're not necessarily |
| 11:08:11 | 8 | disabled, it's the learning -- it's the mental |
| 11:08:15 | 9 | capacity, so to speak.  They're not disabled, though. |
| 11:08:18 | 10 | Q.   Maybe more disciplinary students? |
|  | 11 | A.   They need more one on one. |
| 11:08:20 | 12 | Q.   Okay. |
| 11:08:24 | 13 | A.   I would say. |
| 11:08:32 | 14 | Q.   Okay.  So you were in which class, a resource |
| 11:08:34 | 15 | student class or a co-teach student class? |
| 11:08:38 | 16 | A.   I was in neither one of those.  I was |
|  | 17 | responsible for the ACE program. |
| 11:08:40 | 18 | Q.   Okay. |
| 11:08:46 | 19 | A.   And -- and that's what I was responsible for. |
| 11:08:49 | 20 | Q.   So how many students did you have in a class? |
| 11:08:54 | 21 | A.   There could be 25 or 30 students at a time. |
| 11:08:59 | 22 | That was the maximum number that we could allow space |
| 11:09:14 | 23 | and desks, etcetera. |
| 1:09:17 | 24 | Q.   Okay.  So you said you complained to |
|  | 25 | Ms. Ruffin? |

| | | |
|---|---|---|
| 11:09:17 | 1 | A.   Yeah.  I -- I told her that that was incorrect. |
| 11:09:21 | 2 | Q.   And what did she say in response? |
| 11:09:25 | 3 | A.   I don't recall what her response was, but she |
| 11:09:27 | 4 | didn't take it too well, I guess, because she didn't |
| 11:09:33 | 5 | accept it. |
| 11:09:35 | 6 | Q.   Well, what did she do, when you say she didn't |
| 11:09:40 | 7 | take it too well? |
| 11:09:45 | 8 | A.   She just -- like I said, she wrote that |
| 11:09:47 | 9 | conference form on me -- up on me.  That was the first |
| 11:09:50 | 10 | thing that she did after I had found the information on |
| 11:09:56 | 11 | the internet that -- and I gave the information to |
| 11:10:01 | 12 | teachers for their information.  She found out about it |
| 11:10:05 | 13 | and she wrote me up for it. |
| 11:10:14 | 14 | Q.   Did you complain to anybody else? |
| 11:10:17 | 15 | A.   No.  I spoke to her about it.  I didn't |
| 11:10:19 | 16 | complain to anyone else. |
| 11:10:21 | 17 | Q.   Why not? |
| 11:10:25 | 18 | A.   The way she accepted it, I didn't -- I didn't |
| 11:10:28 | 19 | think it would -- I don't know.  I just didn't because |
| 11:10:35 | 20 | I was trying to help and it didn't get me anywhere. |
| 11:10:39 | 21 | Q.   So you felt like -- you felt like Ms. Ruffin |
| 11:10:41 | 22 | was violating the law? |
| 11:10:46 | 23 | A.   I know she was. |
| 11:10:47 | 24 | Q.   And yet you didn't complain to anybody in 2001? |
| 11:10:52 | 25 | A.   Like I said, she's the only one I complained to |

| | | |
|---|---|---|
| 11:10:59 | 1 | that I spoke to about it.  She didn't receive it well. |
| :11:02 | 2 | Q. Did you tell her, "You're breaking the law"? |
| 11:11:05 | 3 | A. I don't know if I said that or not.  I'm not |
| 11:11:13 | 4 | that kind of person, first of all.  I'm not |
| 11:11:17 | 5 | confrontational.  I was trying to help.  I found the |
| 11:11:19 | 6 | information and I was punished for it and I've been |
| 11:11:25 | 7 | punished ever -- been punished ever since the length of |
| 11:11:26 | 8 | time I was there.  And that sums it up, ma'am. |
| 11:11:29 | 9 | Q. What punishment did you receive? |
| 11:11:31 | 10 | A. She removed me from that program. |
| 11:11:34 | 11 | Q. What program? |
| 11:11:35 | 12 | A. The ACE program. |
| 11:11:37 | 13 | Q. And put you where? |
| 11:11:39 | 14 | A. In a classroom. |
| 11:11:41 | 15 | Q. Doing what? |
| 11:11:42 | 16 | A. English. |
| 11:11:44 | 17 | Q. And so that was a punishment? |
| 11:11:46 | 18 | A. Yes, it was. |
| 11:11:47 | 19 | Q. How come? |
| 11:11:49 | 20 | A. The door was open for her to start the attacks, |
| 11:11:57 | 21 | I'll call them. |
| 11:11:58 | 22 | Q. What attacks? |
| 11:12:00 | 23 | A. Well, that's what she did.  She -- she set me |
| 11:12:04 | 24 | up in the -- in the classroom and that gave her the |
| 11:12:07 | 25 | opportunity to set up conferences and confrontations |

| | | |
|---|---|---|
| 11:12:15 | 1 | and whatever with parents and students.  And that was |
| .:12:19 | 2 | her main purpose and that's what she did. |
| 11:12:21 | 3 | Q.    Okay.  So that started in 2001 is what you're |
| 11:12:24 | 4 | saying? |
| 11:12:24 | 5 | A.    Exactly. |
| 11:12:24 | 6 | Q.    So at 2001 -- |
| 11:12:26 | 7 | A.    At the end of that school year, I was removed |
| 11:12:28 | 8 | from that program.  And the other two people next door |
| 11:12:32 | 9 | in CMC, who are Caucasian, they were not removed and |
| 11:12:37 | 10 | they're the ones who told her that it was all right to |
| 11:12:39 | 11 | do that, place those students there.  And I'm saying |
| 11:12:43 | 12 | it's not all right and then she removes me. |
| 11:12:47 | 13 | Q.    And they were Caucasian and female? |
| 11:12:51 | 14 | A.    Exactly. |
| 11:12:52 | 15 | Q.    And you're female? |
| | 16 | A.    Yes. |
| 11:12:54 | 17 | Q.    And Ms. Ruffin is African-American? |
| 11:12:57 | 18 | A.    Yes. |
| 11:12:58 | 19 | Q.    And she's female? |
| | 20 | A.    Yes. |
| 11:13:01 | 21 | Q.    Okay. |
| 11:13:01 | 22 | A.    That's right. |
| 11:13:05 | 23 | Q.    So this form -- this charge of discrimination |
| 11:13:09 | 24 | is dated showing that the earliest form of |
| 11:13:13 | 25 | discrimination took place on 3/30/2005, but you've |

| | | |
|---|---|---|
| 11:13:17 | 1 | clarified for me today that you think it started |
| 11:13:20 | 2 | actually in 2001; correct? |
| 11:13:22 | 3 | A.  Okay.  It started in 2001. |
| 11:13:31 | 4 | Q.  Do you remember when? |
| 11:13:33 | 5 | A.  The 2001-2002 school year.  At the end of that |
| 11:13:37 | 6 | year, I was removed from -- from ACE. |
| 11:13:40 | 7 | Q.  And did you complain about that? |
| 11:13:41 | 8 | A.  To whom. |
| 11:13:42 | 9 | Q.  To anybody? |
| 11:13:47 | 10 | A.  I didn't know anyone to complain to, ma'am. |
| 11:13:51 | 11 | Q.  Okay.  Did you -- you acknowledged earlier that |
| 11:13:53 | 12 | you were familiar with the district policy regarding |
| 11:13:56 | 13 | grievance -- regarding -- that the policy -- the |
| 11:13:59 | 14 | district had policies; correct? |
| 11:14:01 | 15 | A.  Yes. |
| 11:14:01 | 16 | Q.  And are you aware that the district has |
| 11:14:03 | 17 | policies regarding grievances? |
| 11:14:05 | 18 | A.  Yes, I am. |
| 11:14:07 | 19 | Q.  Okay.  Have you ever filed a grievance through |
| 11:14:10 | 20 | that procedure before? |
| | 21 | A.  Yes. |
| 11:14:14 | 22 | Q.  When did you do that for the first time? |
| 11:14:18 | 23 | A.  2004. |
| 11:14:19 | 24 | Q.  2004.  Okay.  So what you're telling me is that |
| 11:14:24 | 25 | in 2001, you felt that you were discriminated against? |

| | | | |
|---|---|---|---|
| 11:14:26 | 1 | A. | Yes. |
| 11:14:27 | 2 | Q. | But you didn't complain about it in 2001? |
| 11:14:31 | 3 | A. | No, I didn't. |
| 11:14:32 | 4 | Q. | Did you complain about it in 2002? |
| | 5 | A. | No. |
| 11:14:37 | 6 | Q. | Did you complain about it in 2003? |
| 11:14:40 | 7 | A. | Not to my knowledge, no. |
| 11:14:42 | 8 | Q. | Okay.  So when you complained in 2004, what did |
| 11:14:47 | 9 | you complain about? | |
| 11:14:53 | 10 | A. | At -- when I filed that grievance, it was |
| 11:14:57 | 11 | regarding my appraisal. | |
| 11:14:58 | 12 | Q. | It wasn't regarding your appraisal? |
| | 13 | A. | Yes. |
| 11:15:04 | 14 | Q. | So was it regarding race? |
| 11:15:07 | 15 | A. | It was regarding my appraisal. |
| 11:15:08 | 16 | Q. | So was it regarding race? |
| 11:15:10 | 17 | A. | No. |
| 11:15:11 | 18 | Q. | Was it regarding sex? |
| 11:15:12 | 19 | A. | No. |
| 11:15:13 | 20 | Q. | Was it regarding discrimination of any kind? |
| 11:15:15 | 21 | A. | No. |
| 11:15:16 | 22 | Q. | So was it regarding complaints regarding the |
| 11:15:19 | 23 | CMC? | |
| 11:15:19 | 24 | A. | Not in 2004.  That happened in 2001-2002 school |
| 11:15:23 | 25 | year. | |