| | | |
|---|---|---|
| 11:15:23 | 1 | Q.   But you just told me that you never complained |
| 1:15:26 | 2 | about that through the grievance policy? |
| 11:15:27 | 3 | A.   So I would -- I would not bring that up in 2004 |
| 11:15:30 | 4 | in a grievance. |
| 11:15:31 | 5 | Q.   Well, how would the district know about it if |
| 11:15:33 | 6 | your didn't complain about it?  You see what I'm |
| 11:15:40 | 7 | getting at? |
| 11:15:40 | 8 | A.   Not really. |
| 11:15:41 | 9 | Q.   You just told me that you didn't complain? |
| 11:15:43 | 10 | A.   Because anyone who complained was going to be |
| 11:15:47 | 11 | dumped on anyway, was going to be attacked.  So if you |
| 11:15:50 | 12 | complained, that only made it worse. |
| 11:15:52 | 13 | Q.   So you didn't complain? |
| 11:15:55 | 14 | A.   Not until 2004, like I said. |
| 11:15:57 | 15 | Q.   But you just told me that the 2004 complaint |
| 11:16:00 | 16 | didn't have anything to do with any of your claims |
| 11:16:02 | 17 | here? |
| 11:16:03 | 18 | A.   I didn't say it didn't have anything to do with |
| 11:16:06 | 19 | it.  I said to complain about an incident in 2001-2002 |
| 11:16:10 | 20 | school year would not work. |
| 11:16:12 | 21 | Q.   Why? |
| 11:16:13 | 22 | A.   I didn't -- I didn't see that.  What was going |
| 11:16:17 | 23 | on in the 2004 had -- had just -- it had gone on from |
| 11:16:24 | 24 | 2001 to 2004 and that's when I made the decision to |
| 11:16:29 | 25 | complain. |

EDDIE MORRIS-COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232

| | | |
|---|---|---|
| 11:16:29 | 1 | Q.    But you just said that what you complained |
| 11:16:32 | 2 | about didn't have anything to do with CMC? |
| 11:16:34 | 3 | A.    I did not say that. |
| 11:16:35 | 4 | MS. HISEL:  Could you read back to me what she |
| 11:16:38 | 5 | said? |
| 11:16:38 | 6 | A.    Just a minute.  I -- I said that it -- it |
| 11:16:42 | 7 | didn't -- I complained about my appraisals. |
| | 8 | BY MS. HISEL: |
| 11:16:44 | 9 | Q.    It didn't have anything to do with CMC; |
| | 10 | correct? |
| 11:16:47 | 11 | A.    I don't know what you mean when you say it had |
| 11:16:49 | 12 | anything to do with CMC. |
| 11:16:51 | 13 | Q.    Well, you said that you complained about your |
| 11:16:54 | 14 | appraisal in 2004; correct? |
| 11:16:56 | 15 | A.    Uh-huh.  Yeah. |
| 11:17:00 | 16 | Q.    But you didn't complain about -- |
| 11:17:05 | 17 | A.    I also said that I complained -- I'm sorry. |
| 11:17:07 | 18 | Q.    Go ahead.  Go ahead. |
| 11:17:11 | 19 | A.    That's all right. |
| 11:17:14 | 20 | MR. WAOBIKEZE:  She was asking you a question. |
| 11:17:19 | 21 | I want to make a request. |
| | 22 | MS. HISEL:  Pardon me? |
| 11:17:19 | 23 | MR. WAOBIKEZE:  I want to go off the record for |
| 11:17:20 | 24 | a minute. |
| 11:17:34 | 25 | (Discussion off the record.) |

| | | |
|---|---|---|
| 11:17:34 | 1 | BY MS. HISEL: |
| 1:17:45 | 2 | Q.    What I'm trying to figure out is -- your |
| 11:17:50 | 3 | response to me is that you filed a grievance in 2004; |
| | 4 | right? |
| 11:17:57 | 5 | A.    Yes. |
| 11:17:59 | 6 | Q.    You told me that you had some complaints and |
| 11:18:02 | 7 | you had feelings of discrimination in 2001, but you |
| 11:18:05 | 8 | didn't tell anybody? |
| | 9 | A.    Yes. |
| 11:18:08 | 10 | Q.    Right?  So my question to you is, if you didn't |
| 11:18:14 | 11 | tell anybody, how was the district supposed to know |
| 11:18:17 | 12 | that anything that you felt was not right was going on |
| 11:18:21 | 13 | if you didn't tell anybody? |
| 11:18:25 | 14 | A.    I don't know the answer to that.  I just know I |
| 11:18:29 | 15 | didn't do it. |
| 11:18:34 | 16 | Q.    Okay.  And then you talked about the fact that |
| 11:18:37 | 17 | you had issues with your evaluation for 2003-2004; is |
| 11:18:44 | 18 | that correct -- I'm sorry -- 2004? |
| | 19 | A.    Yes. |
| 11:18:51 | 20 | Q.    And when you complained about your appraisal, |
| 11:18:54 | 21 | which is what you said, what were you complaining |
| 11:18:58 | 22 | about? |
| 11:19:01 | 23 | A.    How low I had been marked down in many areas. |
| 11:19:05 | 24 | Q.    Why -- why were you unhappy with that? |
| 1:19:11 | 25 | A.    I don't think it's something for me to be happy |

| | | |
|---|---|---|
| 11:19:13 | 1 | about. |
| 11:19:14 | 2 | Q.  Well, I'm not saying to be happy about it, but |
| 11:19:17 | 3 | why do you feel like you were -- I mean, what were the |
| 11:19:21 | 4 | reasons why you felt that you were getting the |
| 11:19:24 | 5 | evaluations you were getting? |
| 11:19:30 | 6 | A.  Like I said earlier, when I was removed from |
| 11:19:34 | 7 | ACE, this -- all of this began. |
| 11:19:39 | 8 | Q.  You said that 2001 this occurred and you were |
| 11:19:42 | 9 | removed from ACE in 2001? |
| 11:19:44 | 10 | A.  I'm referring to the appraisals. |
| 11:19:48 | 11 | Q.  Okay.  So when you say all this began, what |
| 11:19:50 | 12 | began? |
| 11:19:51 | 13 | A.  I'm talking about the markdowns on the |
| 11:19:53 | 14 | appraisals. |
| 11:20:03 | 15 | Q.  So when you complained about markdowns on |
| 11:20:08 | 16 | appraisals, what happened? |
| 11:20:10 | 17 | A.  With whom?  With -- |
| 11:20:12 | 18 | Q.  Who did you complain to about the markdown on |
| 11:20:25 | 19 | appraisals? |
| 11:20:25 | 20 | A.  I called the teacher association and then I |
| 11:20:30 | 21 | talked to Marilyn McKinney. |
| 11:20:32 | 22 | Q.  Okay.  And do you remember when this was? |
| 11:20:39 | 23 | A.  No, ma'am. |
| 11:20:46 | 24 | Q.  And did you file a grievance? |
| 11:20:51 | 25 | A.  The attorney that I talked to -- I'm sorry.  I |

```
11:20:54   1  apologize.  It was an ATPE attorney.  It wasn't TSTA.
11:21:08   2  And I think he spoke about -- he wrote some
11:21:11   3  communication to Ms. Ruffin and a grievance was filed.
11:21:20   4  That is the first grievance that was filed.
11:21:22   5       Q.  So you engaged in the grievance process
11:21:26   6  regarding your evaluation; correct?
11:21:28   7       A.  Yes.
11:21:29   8       Q.  Okay.  Now, if we -- we were to look at that
11:21:33   9  documentation, would there be any evidence in that
11:21:36  10  documentation to show that you complained about being
11:21:41  11  removed from a classroom?
          12       A.  No.
11:21:44  13       Q.  Would there be any evidence that you complained
11:21:47  14  about racial discrimination?
11:21:49  15       A.  I'm not sure.
11:21:51  16       Q.  Would there be any evidence to show that you
11:21:53  17  complained about sex discrimination?
11:21:59  18       A.  I'm not sure.
11:22:01  19       Q.  If the evidence shows that there is none of
11:22:04  20  that in any of that documentation -- and we may have to
11:22:07  21  look at that after lunch -- would you have any reason
11:22:10  22  to -- to establish that the district felt that you were
11:22:18  23  grieving anything other than your appraisal and the
11:22:21  24  marks that you received on your appraisal?  In other
11:22:26  25  words -- I know that's confusing.
```

| | | |
|---|---|---|
| 11:22:27 | 1 | A. Very. |
| 11:22:29 | 2 | Q. You -- there's nothing in any of the |
| 11:22:31 | 3 | documentation to show that you were complaining about |
| 11:22:34 | 4 | anything other than your appraisal. Would that be fair |
| 11:22:37 | 5 | to say? |
| 11:22:39 | 6 | A. I don't know. |
| 11:22:44 | 7 | Q. Okay. In looking at your charge of |
| 11:22:46 | 8 | discrimination -- and, again, that's in front of you -- |
| 11:22:50 | 9 | is there anything else -- well, let me just -- let's |
| 11:22:54 | 10 | start up there on -- at number 1. It says, "On or |
| 11:22:57 | 11 | about March 30th, 2005, I was not given ample time to |
| 11:23:01 | 12 | prepare my defense with an attorney to react to a |
| 11:23:05 | 13 | notice of nonrenewal of my contract with this school |
| 11:23:09 | 14 | district. I was being nonretained as a teacher due to |
| 11:23:12 | 15 | some infractions that the district drew up on me. |
| 11:23:15 | 16 | However, other teachers that were white females were |
| 11:23:18 | 17 | treated different because I am a black female." Did I |
| 11:23:23 | 18 | read that correctly? |
| | 19 | A. Yes. |
| 11:23:24 | 20 | Q. Is there anything else other than what's listed |
| 11:23:26 | 21 | in this section that you're complaining about? And I'm |
| 11:23:40 | 22 | just referring to section one. |
| 11:24:09 | 23 | A. I can't answer that. I'm sure there are, but I |
| 11:24:11 | 24 | cannot answer that. |
| 11:24:17 | 25 | Q. And you say there that you weren't given ample |

| | | |
|---|---|---|
| 11:24:23 | 1 | time to prepare. Who did not give you ample time to |
| 11:24:26 | 2 | prepare a defense to the district's decision to |
| 11:24:29 | 3 | nonrenew your contract? |
| 11:24:30 | 4 | A.   The district didn't. |
| 11:24:32 | 5 | Q.   Okay.  Who in the district? |
| 11:24:40 | 6 | A.   I don't know.  Whoever sets up the dates for |
| 11:24:43 | 7 | the hearings in the district office.  I don't know who |
| 11:24:47 | 8 | it was. |
| 11:24:47 | 9 | Q.   Okay.  So no names in particular? |
| 11:24:49 | 10 | A.   I don't recall. |
| 11:24:52 | 11 | Q.   How were you not given ample time to prepare |
| 11:24:56 | 12 | your defense to the district's decision to nonrenew |
| 11:24:59 | 13 | your contract? |
| 11:25:00 | 14 | A.   How was I -- |
| 11:25:01 | 15 | Q.   How were you not given ample time? |
| 11:25:05 | 16 | A.   Because a week is not enough time or a few days |
| 11:25:10 | 17 | for an attorney to prepare.  And at one point, I didn't |
| 11:25:15 | 18 | even have an attorney.  And that was -- there were only |
| 11:25:19 | 19 | a few days notice given. |
| 11:25:27 | 20 | Q.   Okay.  And you say in here that some |
| 11:25:30 | 21 | infractions were drawn up on you.  What infractions did |
| 11:25:33 | 22 | the district draw up on you? |
| 11:25:39 | 23 | A.   I don't -- I did not memorize all those |
| 11:25:42 | 24 | infractions.  There were several of them. |
| 11:25:44 | 25 | Q.   Such as? |

| | | |
|---|---|---|
| 11:25:54 | 1 | A. I don't know if anything was in there about |
| :25:57 | 2 | school -- not following school policy. I don't recall. |
| 11:25:59 | 3 | I didn't linger on that. I didn't dwell on that. I |
| 11:26:03 | 4 | don't recall. |
| 11:26:03 | 5 | Q. Well, what -- I mean, can you give me any |
| 11:26:05 | 6 | specific examples of what so-called infractions the |
| 11:26:09 | 7 | district drew up on you that supports that -- that |
| 11:26:14 | 8 | statement by you? |
| 11:26:16 | 9 | A. No, I can't. |
| 11:26:20 | 10 | Q. Is it because they weren't serious or you |
| 11:26:24 | 11 | just -- I mean, they didn't -- |
| 11:26:25 | 12 | A. What wasn't serious? |
| 11:26:27 | 13 | Q. These so-called infractions that the district |
| 11:26:31 | 14 | supposedly drew up on you. |
| 11:26:32 | 15 | A. They were very serious. |
| 11:26:33 | 16 | Q. Okay. But you can't remember them right now? |
| 11:26:35 | 17 | A. No, I can't. |
| 11:26:36 | 18 | MR. WAOBIKEZE: Objection, form. She's already |
| 11:26:37 | 19 | answered your question. Asked and answered. |
| | 20 | BY MS. HISEL: |
| 11:26:42 | 21 | Q. They were very serious, though? That's what |
| 11:26:44 | 22 | you said? |
| | 23 | A. Yes, they were. |
| 11:26:47 | 24 | Q. Okay. Is it usual for you that if something is |
| :26:54 | 25 | very serious, you don't have any recollection |