| | | |
|---|---|---|
| 11:26:56 | 1 | whatsoever about it? |
| 1:26:57 | 2 | A.    It's not that I don't have any recollection |
| 11:27:01 | 3 | about it.  This was a -- a very hurtful experience, |
| 11:27:06 | 4 | demoralizing, and I can think of other names for it. |
| 11:27:09 | 5 | So, no, ma'am, I did not dwell on those specific |
| 11:27:13 | 6 | statements mostly that were untrue.  So, no, ma'am, |
| 11:27:17 | 7 | I -- I don't remember them. |
| 11:27:17 | 8 | Q.    Well, what was untrue? |
| 11:27:19 | 9 | A.    I don't remember them.  I just said that. |
| 11:27:21 | 10 | Q.    You just remember that whatever it was, it |
| 11:27:24 | 11 | wasn't true? |
| 11:27:24 | 12 | A.    I just remember -- I just know that I had to |
| 11:27:30 | 13 | get over that.  I had to move on.  I did not dwell on |
| 11:27:34 | 14 | that to memorize it.  I don't -- |
| 11:27:37 | 15 | Q.    I'm not asking you if you memorized it.  I'm |
| 11:27:40 | 16 | asking if you remember one single thing that was |
| 11:27:43 | 17 | supposedly drawn up on you. |
| 11:27:44 | 18 | A.    I don't want to say the wrong thing.  That's |
| 11:27:47 | 19 | why I'm not saying one single thing, ma'am.  If I say |
| 11:27:50 | 20 | something that's not correct from memory, then I've |
| 11:27:52 | 21 | told a lie.  So I'm not saying anything. |
| 11:27:54 | 22 | Q.    No, no, no.  Let me -- let me assure you that |
| 11:27:56 | 23 | that's not the case.  You get the opportunity once this |
| 11:28:00 | 24 | is done to look at it -- |
| 1:28:01 | 25 | A.    Well, see, even if I look at it after it's done |

A. GARRETT - BY MS. HISEL

| | | |
|---|---|---|
| 11:28:05 | 1 | and I've said something, you know, I've still lied. |
| | 2 | Q.    If it's -- |
| 11:28:06 | 3 | A.    And if I don't remember those things, I can't |
| 11:28:08 | 4 | correct it. |
| 11:28:08 | 5 | Q.    No, you do get a chance to correct it. |
| 11:28:10 | 6 | A.    I can't correct it if I don't remember it.    I |
| 11:28:12 | 7 | can't recall it, though. |
| | 8 | Q.    Okay. |
| 11:28:16 | 9 | A.    I can't correct it. |
| 11:28:17 | 10 | Q.    Okay.  So you -- basically, what you're saying |
| 11:28:19 | 11 | is that you don't remember any infractions that the |
| 11:28:21 | 12 | district drew up on you?  You think something serious |
| 11:28:24 | 13 | happened, but you can't remember? |
| 11:28:25 | 14 | A.    The problem is that I can't state anything |
| 11:28:30 | 15 | because it's not in my mind and I'm not going to even |
| 11:28:35 | 16 | attempt to. |
| | 17 | Q.    Okay. |
| 11:28:35 | 18 | A.    That's what the problem is. |
| 11:28:39 | 19 | Q.    Okay.  What other teachers that were white |
| 11:28:42 | 20 | females were treated different because you are a black |
| 11:28:45 | 21 | female, which is what this says here? |
| 11:28:49 | 22 | A.    I think I wrote three names down and there are |
| 11:28:53 | 23 | several others. |
| 11:28:54 | 24 | Q.    Where did you write three names down? |
| 11:28:56 | 25 | A.    On the interrogatories that were sent to us. |

| | | |
|---|---|---|
| 11:29:01 | 1 | Q.    Okay. |
| 1:29:05 | 2 | A.    I think I wrote Joyce Sweet, Staci Decuir, and |
| 11:29:20 | 3 | Kim Melendez. |
| 11:29:20 | 4 | Q.    And they were treated differently than you? |
| 11:29:23 | 5 | They're not African-American females? |
| 11:29:25 | 6 | A.    That's right. |
| 11:29:27 | 7 | Q.    Okay.  How were they treated differently? |
| 11:29:34 | 8 | A.    The only -- I'm thinking about another question |
| 11:29:47 | 9 | that you asked.  And I'm trying to think of the names |
| 11:29:51 | 10 | that I need to give you.  There were five names that I |
| 11:29:57 | 11 | gave you.  And I apologize for that. |
| 11:29:59 | 12 | Q.    That's okay. |
| 11:30:01 | 13 | A.    It should be Anita Croft, Kimberly, I think, |
| 11:30:13 | 14 | Byers.  I think her first name is Kimberly.  Kathleen |
| 11:30:24 | 15 | Strapkovic.  There were two other names.  I can't think |
| 11:30:30 | 16 | of them now. |
| 11:30:31 | 17 | Q.    Well, if we -- if we -- if you recall them, if |
| 11:30:35 | 18 | you'll just let me know, we'll kind of put it -- put it |
| 11:30:39 | 19 | right in there.  And my question was, how were they |
| 11:30:42 | 20 | treated differently from you? |
| 11:30:43 | 21 | A.    Anita and Kathy were the other -- the teacher |
| 11:30:46 | 22 | and the teacher assistant in content mastery.  I spoke |
| 11:30:51 | 23 | about them earlier.  And what was the other name that I |
| 11:30:54 | 24 | gave you? |
| 11:30:54 | 25 | Q.    Kimberly Dyers or Byers? |

A. GARRETT - BY MS. HISEL

| | | |
|---|---|---|
| 11:30:58 | 1 | A.    She was one of the teachers who worked with the |
| .:31:07 | 2 | story -- well, went along with the story that those two |
| 11:31:10 | 3 | were telling Ms. Ruffin about the content mastery |
| 11:31:15 | 4 | center and the ACE.  And -- but they remained in their |
| 11:31:23 | 5 | positions and they were not retaliated against or |
| 11:31:26 | 6 | anything like that.  And like I said, there are two |
| 11:31:29 | 7 | other names that I just can't think of right now. |
| 11:31:39 | 8 | Q.    Okay.  So I guess -- I guess my question is, |
| 11:31:43 | 9 | how -- how were they treated differently?  You just -- |
| 11:31:46 | 10 | you said that they were not retaliated against or -- |
| 11:31:49 | 11 | A.    Well, Ms. Ruffin listened to them. |
| 11:31:52 | 12 | Q.    Okay. |
| 11:31:52 | 13 | A.    Ms. Ruffin did not want to hear what I was |
| 11:31:58 | 14 | telling her.  And after I placed those internet |
| 11:32:03 | 15 | forms -- the information, rather, from the internet in |
| 11:32:07 | 16 | teachers' boxes, she still didn't want to listen to me. |
| 11:32:10 | 17 | She listened to them and she went on with putting in |
| 11:32:15 | 18 | place -- she went before the faculty to say that all |
| 11:32:18 | 19 | the failures would come to those classrooms, all the |
| 11:32:22 | 20 | resource, all the co-teach, the STAT students, |
| 11:32:27 | 21 | etcetera, etcetera.  She went on with that plan. |
| 11:32:29 | 22 | Q.    And all those students would go into |
| 11:32:32 | 23 | Ms. Croft's classroom? |
| 11:32:33 | 24 | A.    Into both classrooms. |
| 11:32:36 | 25 | Q.    Ms. Croft's and Ms. -- |

| | | |
|---|---|---|
| 11:32:39 | 1 | A.   And mine. |
| 1:32:39 | 2 | Q.   And yours? |
| 11:32:40 | 3 | A.   Uh-huh. |
| 11:32:41 | 4 | Q.   So, basically, all the failing students would |
| 11:32:44 | 5 | come into y'all's classrooms? |
| 11:32:45 | 6 | A.   The failing co-teach, resource, STATS, |
| 11:32:50 | 7 | etcetera, those would come into those two classrooms. |
| 11:32:54 | 8 | Q.   Did they make for a hard teaching environment? |
| 11:32:58 | 9 | A.   It was impossible because there was no space |
| 11:33:01 | 10 | for all of those students. |
| 11:33:04 | 11 | Q.   So did this decision create you having to have |
| 11:33:09 | 12 | a lot more students? |
| 11:33:13 | 13 | A.   Of course. |
| 11:33:14 | 14 | Q.   What was the effect of that decision, meaning |
| 11:33:18 | 15 | what was your day then like? |
| 11:33:21 | 16 | A.   Well, to be honest with you, after a few |
| 11:33:26 | 17 | months, she rescinded on that order and she had to |
| 11:33:30 | 18 | change it because -- to be honest with you, I don't |
| 11:33:33 | 19 | know why, but she had to change that decision. |
| 11:33:36 | 20 | Q.   You don't know why? |
| 11:33:37 | 21 | A.   I don't know why. |
| 11:33:45 | 22 | Q.   Okay.  And that happened two or three months |
| 11:33:47 | 23 | after you said, "I don't think this should happen" to |
| 11:33:51 | 24 | her? |
| 11:33:53 | 25 | A.   I don't recall exactly when it happened.  I -- |

| | | |
|---|---|---|
| 11:33:55 | 1 | I think it was the beginning of that school year -- I |
| 1:34:01 | 2 | mean, not the beginning of that school year, the first |
| 11:34:08 | 3 | part of 2002, I think.  I'm not sure. |
| 11:34:15 | 4 | Q.   Okay.  And, again, I just want to be clear. |
| 11:34:17 | 5 | You didn't complain to the district about any of that, |
| 11:34:21 | 6 | did you? |
| 11:34:22 | 7 | A.   I complained to Ms. Ruffin, like I said |
| 11:34:25 | 8 | earlier. |
| 11:34:26 | 9 | Q.   Okay.  And did you say to Ms. Ruffin, "You're |
| 11:34:28 | 10 | doing this because, you know" -- |
| 11:34:31 | 11 | A.   I don't know what my exact words were. |
| 11:34:34 | 12 | Q.   You don't? |
| | 13 | A.   (Witness shaking head negatively.) |
| 11:34:36 | 14 | Q.   Okay.  So when you say that you were treated |
| 11:34:40 | 15 | differently from white females, who treated you |
| 11:34:45 | 16 | different? |
| 11:34:45 | 17 | A.   Ms. Ruffin. |
| 11:34:46 | 18 | Q.   Anybody else? |
| 11:34:51 | 19 | A.   No.  Just those that she -- I don't know how to |
| 11:34:55 | 20 | say it.  It was basically Ms. Ruffin. |
| 11:35:01 | 21 | Q.   Anybody else? |
| 11:35:05 | 22 | A.   What do you mean when you say "else"?  Explain |
| 11:35:09 | 23 | that. |
| 11:35:09 | 24 | Q.   Well, you said here that you were treated |
| 1:35:12 | 25 | different than white females because you are a black |

A. GARRETT - BY MS. HISEL

| | | |
|---|---|---|
| 11:35:14 | 1 | female and I wanted to know who treated you different. |
| 11:35:20 | 2 | A.    She used her assistant principals to carry out |
| 11:35:24 | 3 | her -- her programs of retaliation, if that's what |
| 11:35:27 | 4 | you're asking me. |
| 11:35:28 | 5 | Q.    So who are you referring to? |
| 11:35:31 | 6 | A.    I think one of the names in this suit is Mollye |
| 11:35:37 | 7 | Williams. |
| 11:35:37 | 8 | Q.    And who is Mollye Williams? |
| 11:35:42 | 9 | A.    Assistant principal. |
| 11:35:43 | 10 | Q.    And how did she treat you differently? |
| 11:35:46 | 11 | A.    The markdowns that's part of those appraisals |
| 11:35:53 | 12 | and -- |
| 11:35:55 | 13 | Q.    And you feel like she did that because you're a |
| 11:35:58 | 14 | black female? |
| 11:36:03 | 15 | A.    I don't know why she did it, ma'am, as far as |
| 11:36:05 | 16 | that is concerned.  But I -- I can't say it's just |
| 11:36:11 | 17 | because I'm a black female.  She was doing what she was |
| 11:36:14 | 18 | directed to do. |
| 11:36:20 | 19 | Q.    By -- by Ms. Ruffin? |
| 11:36:22 | 20 | A.    Exactly. |
| 11:36:23 | 21 | Q.    Anybody else? |
| 11:36:25 | 22 | A.    Any -- what do you mean by anybody else? |
| 11:36:27 | 23 | Q.    Was she being directed by anybody else to treat |
| 11:36:30 | 24 | you in a certain way? |
| 11:36:32 | 25 | A.    I don't know. |

EDDIE MORRIS-COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232