11:36:33   1    Q.    Was there anyone else besides Ms. Williams that

:36:38   2    you claim treated you differently than white females?

11:36:43   3    A.    Each year after I was placed in that classroom,

11:36:46   4    she used one of her assistant principals to write me

11:36:50   5    down, to whatever she felt like that would demean me.

11:36:58   6    Q.    Okay. So who besides Ms. Williams and

11:37:02   7    Ms. Ruffin are you complaining about?

11:37:04   8    A.    She used Ms. Haggard the previous year. And I

11:37:10   9    don't even know who was there the year before that.

11:37:13   10    But each year a cycle went on.

11:37:18   11    Q.    Okay. Ms. Haggard, Ms. Williams, Ms. Ruffin.

11:37:21   12    Who else?

11:37:26   13    A.    I'll have to go back and look at information.

:1:37:29   14    I don't recall.

11:37:29   15    Q.    But there might be other people?

11:37:30   16    A.    There might be.

11:37:31   17    Q.    Okay. And so you feel that these people were

11:37:35   18    discriminating or retaliating against you?

11:37:37   19    A.    Exactly.

11:37:38   20    Q.    Because?

11:37:44   21    A.    One of the main reasons, like I said, is

11:37:46   22    because they were being directed by Ms. Ruffin.

11:37:49   23    Q.    And she's an African-American female?

          24    A.    Yes.

:1:37:51   25    Q.    So why she was she directing them to treat you

11:37:54   1   different?

11:37:55   2       A.   You'll have to ask her that.

11:37:56   3       Q.   Why do you think it is?

11:38:01   4       A.   It started with the ACE-CMC program, like I

11:38:05   5   said earlier.  It started right there.

11:38:12   6       Q.   Okay.  And the ACE-CMC program doesn't have

11:38:15   7   anything to do with race discrimination, does it?

11:38:20   8       A.   What do you mean doesn't have anything to do --

11:38:23   9       Q.   Well, you've made claims here of race

11:38:25  10   discrimination, sex discrimination, retaliation, and

11:38:28  11   others under the TCHR Act.

11:38:31  12       A.   Like I said earlier, she removed me from that

11:38:34  13   classroom.  She did not remove the other two people,

11:38:36  14   that teacher and that teacher assistant.

11:38:39  15       Q.   Okay.  And did she do that because you're a

11:38:41  16   black female?  Is that your contention?  I mean, is

11:38:47  17   that what you mean?

          18       A.   I don't know --

11:38:48  19       Q.   Do you think she did that because you're a

11:38:51  20   black female?

11:38:54  21       A.   I think it has something to do with it.

11:38:57  22       Q.   And she's a black female; right?

11:38:59  23       A.   Exactly.

11:39:00  24       Q.   Okay.  And she's obviously female, I just said

11:39:03  25   that, and you're female?

| | | |
|---|---|---|
| 11:39:05 | 1 | A.   Yes. |
| :39:06 | 2 | Q.   So what other reasons would she be doing that? |
| 11:39:12 | 3 | A.   I think you would have to ask Ms. Ruffin that. |
| 11:39:14 | 4 | Q.   But your belief is that it was just all |
| 11:39:18 | 5 | discrimination retaliation? |
| | 6 | A.   Yes. |
| 11:39:19 | 7 | Q.   Okay.  So here you talk about you were not |
| 11:39:23 | 8 | given ample time to prepare a defense to react to a |
| 11:39:28 | 9 | notice of nonrenewal; correct? |
| | 10 | A.   Yes. |
| 11:39:31 | 11 | Q.   If there -- if the district can show evidence |
| 11:39:34 | 12 | that it did give you ample time to prepare a defense, |
| 11:39:37 | 13 | would you have any evidence to dispute that? |
| | 14 | A.   Yes. |
| 11:39:45 | 15 | Q.   You would.  All right.  Such as? |
| 11:39:54 | 16 | A.   I have a timeline written down somewhere where |
| 11:39:57 | 17 | each of those occurred -- incidents occurred. |
| 11:40:08 | 18 | Q.   All right.  Well, let's look at what I'm going |
| 11:40:10 | 19 | to mark as Plaintiff's Deposition Exhibit Number 6. |
| 11:40:41 | 20 | Have you had a chance to review it? |
| | 21 | A.   Yes. |
| 11:40:44 | 22 | Q.   Are you familiar with it? |
| | 23 | A.   Yes. |
| 11:40:48 | 24 | Q.   Have you seen it before? |
| | 25 | A.   Yes. |

| | | |
|---|---|---|
| 11:40:51 | 1 | Q. Is that your signature at the bottom? |
| 1:40:55 | 2 | A. Yes, it is. |
| 11:40:57 | 3 | Q. Okay. Is it fair to say that this is a |
| 11:40:59 | 4 | document evidencing the first time that you received |
| 11:41:02 | 5 | notice of the district's intent to recommend to the |
| 11:41:04 | 6 | board that your term employment contract be -- with the |
| 11:41:07 | 7 | district be proposed for nonrenewal? |
| | 8 | A. Yes. |
| 11:41:11 | 9 | Q. And that would be at the end of 2004-2005 |
| 11:41:15 | 10 | school year; is that correct? |
| | 11 | A. Yes. |
| 11:41:17 | 12 | Q. And so if you say that discrimination or issues |
| 11:41:25 | 13 | involving your employment occurred as early as 2001, |
| 11:41:29 | 14 | would you agree that this is three or four years after |
| 11:41:35 | 15 | you allege some things occurred? |
| | 16 | A. Yes. |
| 11:41:39 | 17 | Q. All right. And there's no evidence in this |
| 11:41:45 | 18 | particular letter showing that this notice to you had |
| 11:41:50 | 19 | anything to do with race or age or sex or |
| 11:41:54 | 20 | discrimination or retaliation; is that true? |
| 11:41:57 | 21 | A. That there's nothing in this letter? That's |
| 11:42:00 | 22 | true. |
| 11:42:01 | 23 | Q. All right. Did you respond to this letter? |
| 11:42:07 | 24 | A. I talked to an attorney not long afterwards, |
| 1:42:10 | 25 | but I -- if you -- do you mean did I write something to |

A. GARRETT - BY MS. HISEL

| | | |
|---|---|---|
| 11:42:14 | 1 | the board or something? |
| 1:42:15 | 2 | Q.   Sure. |
| 11:42:16 | 3 | A.   No, I didn't. |
| | 4 | Q.   Did you -- |
| 11:42:18 | 5 | A.   I don't recall doing that. |
| 11:42:21 | 6 | Q.   Did you respond to the superintendent once you |
| 11:42:25 | 7 | received this? |
| 11:42:25 | 8 | A.   In writing? |
| 11:42:26 | 9 | Q.   In any way. |
| 11:42:27 | 10 | A.   No, I didn't. |
| 11:42:28 | 11 | Q.   So you didn't talk to her? |
| | 12 | A.   No. |
| 1:42:30 | 13 | Q.   You didn't write to her? |
| | 14 | A.   No. |
| 11:42:33 | 15 | Q.   You didn't react in any way to tell her, "Hey, |
| 11:42:38 | 16 | I don't agree with this"? |
| | 17 | A.   No. |
| 11:42:40 | 18 | Q.   Okay.  Did you take her up on her offer to |
| 11:42:48 | 19 | discuss your options? |
| 11:42:49 | 20 | A.   Take her up on her offer? |
| 11:42:50 | 21 | Q.   Right.  Do you see there where it says, "If you |
| 11:42:52 | 22 | wish to discuss your options with me, please contact my |
| 11:42:55 | 23 | office"? |
| 11:42:55 | 24 | A.   No, I didn't. |
| 1:42:56 | 25 | Q.   And you didn't do that? |

EDDIE MORRIS-COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232

| | | |
|---|---|---|
| 11:42:57 | 1 | A.    No. |
| :42:57 | 2 | Q.    Okay.  So you didn't complain at that time |
| 11:43:01 | 3 | about this notice? |
| 11:43:02 | 4 | A.    I was not going to make a complaint without an |
| 11:43:05 | 5 | attorney. |
| 11:43:08 | 6 | Q.    Okay.  So you didn't talk to her about any of |
| 11:43:10 | 7 | it? |
| 11:43:10 | 8 | A.    I didn't talk to her at all. |
| 11:43:12 | 9 | Q.    Did you directly go to an attorney? |
| 11:43:14 | 10 | A.    Yes.  I started looking for an attorney. |
| 11:43:16 | 11 | Q.    Okay.  And let me introduce what's been marked |
| 11:43:25 | 12 | as Plaintiff's Deposition Exhibit Number 7.  Give you |
| 11:43:28 | 13 | an opportunity to look at that.  Did I give you a |
| :1:44:26 | 14 | chance to look at the document? |
| | 15 | A.    Yes. |
| 11:44:28 | 16 | Q.    Are you familiar with it? |
| 11:44:30 | 17 | A.    Yes, I am. |
| 11:44:31 | 18 | Q.    Have you seen it before? |
| | 19 | A.    Yes. |
| 11:44:33 | 20 | Q.    Are you -- do you recognize it as being a |
| 11:44:38 | 21 | Judson policy entitled "DFBB Legal," which relates to |
| 11:44:43 | 22 | term -- the nonrenewal of term contracts? |
| | 23 | A.    Yes. |
| 11:44:46 | 24 | Q.    Okay.  Does it provide guidelines by which the |
| :1:44:51 | 25 | district must provide notice to a term contract |

11:44:54   1   employee whose contract is about to expire?

2        A.   Yes.

11:44:58   3        Q.   Okay.  And, basically, does it say that not

11:45:03   4   later than the 45th day before the last day of

11:45:06   5   instruction in a school year, the board shall notify in

11:45:09   6   writing each term contract employee whose contract is

11:45:12   7   about to expire of its proposal to renew or not renew

11:45:15   8   the contract?

9        A.   Yes.

11:45:16   10       Q.   Okay.  Does it provide guidelines by which an

11:45:21   11  employee desiring a hearing after receiving notice of

11:45:23   12  the proposed nonrenewal can follow?

13       A.   Yes.

11:45:29   14       Q.   And what does it say?

11:45:32   15       A.   The entire paragraph?

11:45:34   16       Q.   Sure.

11:45:34   17       A.   "If the employee desires a hearing after

11:45:37   18  receiving notice of the proposed nonrenewal, the

11:45:41   19  employee shall notify the board in writing not later

11:45:44   20  than 15th day after receiving the notice of proposed

11:45:49   21  action.  The board shall provide for a hearing to be

11:45:52   22  held within 15 days after receiving written notice from

11:45:55   23  the employee requesting a hearing unless the parties

11:45:57   24  agree in writing to a different date.  Such hearing

11:46:02   25  shall be closed unless an open hearing is requested by

11:46:04   1   the employee and shall be conducted in accordance with

:46:08   2   rules promulgated by the district."

11:46:12   3      Q.   Does anything in here require the district to

11:46:14   4   provide more than 15 days?

          5      A.   No.

11:46:23   6      Q.   Instead it -- basically, it says that the

11:46:25   7   district shall provide a hearing within 15 days that --

11:46:29   8   that the employee receives notice request -- or that it

11:46:33   9   receives notice requesting a hearing?

11:46:35  10      A.   But it also says if the employee desires a

11:46:38  11   hearing.

11:46:39  12      Q.   Sometimes the employee doesn't; right?

11:46:41  13      A.   That's right.

11:46:42  14      Q.   Okay.  But if the employee does, they shall

11:46:45  15   provide a hearing within 15 days?

11:46:48  16      A.   But I did not desire a hearing.

11:46:50  17      Q.   Well, we'll get to that.

11:46:52  18      A.   Okay.

11:46:52  19      Q.   We'll get to that.  Then let me -- I guess let

11:47:08  20   me ask you about it.  You didn't want a hearing?

11:47:11  21      A.   No, I didn't.

11:47:12  22      Q.   Okay.  So when you say in here that you were

11:47:16  23   not given ample time to prepare a defense with an

11:47:19  24   attorney to react to a notice of nonrenewal, what are

:47:21  25   you talking about if you're not talking about preparing