| | | |
|---|---|---|
| 11:47:24 | 1 | for a hearing? |
| 11:47:28 | 2 | A.  Say that one more time. |
| 11:47:29 | 3 | Q.  Look at your -- look at your garage of |
| 11:47:34 | 4 | discrimination.  And there you say, "I was not given |
| 11:47:36 | 5 | ample time to repair my defense with an attorney." |
| 11:47:39 | 6 | A.  I'm saying that an interim superintendent, who |
| 11:47:44 | 7 | had only been there a few months, recommends to the |
| 11:47:48 | 8 | board that I be nonrenewed.  And she didn't know |
| 11:47:51 | 9 | anything -- she didn't know me, but she recommends to |
| 11:47:54 | 10 | the board that I be nonrenewed.  And then when all this |
| 11:47:57 | 11 | came about and I started reading the policy, reviewing |
| 11:48:00 | 12 | it, it states if an employee -- if the employee desires |
| 11:48:04 | 13 | a hearing after receiving this notice.  I -- I could |
| 11:48:08 | 14 | not trust or depend on them to give me a fair hearing |
| 11:48:14 | 15 | after the way I was treated.  She's going to draw up |
| 11:48:18 | 16 | charges against me and she doesn't even know me, but I |
| 11:48:24 | 17 | did not choose to have a hearing without an attorney |
| 11:48:27 | 18 | being present. |
| 11:48:28 | 19 | Q.  Okay.  All right.  I understand you're saying |
| 11:48:29 | 20 | that you didn't choose to have a hearing -- |
| 11:48:31 | 21 | A.  I did not. |
| 11:48:32 | 22 | Q.  -- without having an attorney present.  Okay. |
| 11:48:36 | 23 | Let's look at what I'm marking as Plaintiff's |
| 11:48:40 | 24 | Exhibit -- Deposition Exhibit Number 8. |
| 11:48:53 | 25 | MR. WAOBIKEZE:  Ms. Hisel, do you have an extra |

EDDIE MORRIS-COURT REPORTERS, INC.
92 Trailcrest, San Antonio, Texas  78232

```
11:48:56   1   copy?
11:48:59   2           MS. HISEL:  Oh, yeah.  Sorry.
           3   BY MS. HISEL:
11:50:39   4       Q.  Did that give you -- did I give you a chance to
11:50:42   5   look over the documents there?
           6       A.  Yes.
11:50:44   7       Q.  Are you familiar with the documents?
11:50:45   8       A.  I've seen them, yes.
11:50:47   9       Q.  Okay.  Is that your signature at the top of the
11:50:50  10   first page of the letter dated March 29th, 2005, which
11:50:56  11   is regarding a notice of proposed nonrenewal?
          12       A.  Yes.
11:50:59  13       Q.  Okay.  Does this document advise you that the
11:51:05  14   district's governing body, the district's board of
11:51:09  15   trustees, at the board meeting held on March 24th,
11:51:13  16   2005, voted to approve the superintendent's
11:51:16  17   recommendation to nonrenew your employment contract
11:51:18  18   with the district?
          19       A.  Yes.
11:51:20  20       Q.  Did it give you notice of the reasons for the
11:51:26  21   nonrenewal?
11:51:26  22       A.  Notice?  You mean notice before?
11:51:28  23       Q.  Did it give you notice of what the reasons for
11:51:31  24   why they were going to go forward with the proposed
11:51:37  25   nonrenewal?
```

| Time | # | |
|---|---|---|
| 11:51:37 | 1 | A. Yes. |
| 11:51:38 | 2 | Q. And what were those reasons? |
| 11:51:41 | 3 | A. These that are stated on this page? |
| 11:51:43 | 4 | Q. Yes. |
| | 5 | A. Yes. |
| 11:51:44 | 6 | Q. Okay. It appears that number 1 is deficiencies |
| 11:51:51 | 7 | pointed out in observation reports, appraisals, or |
| 11:51:54 | 8 | evaluations, supplemental memoranda, or other |
| 11:51:56 | 9 | communications; is that correct? |
| 11:51:57 | 10 | A. That's what it states. |
| 11:51:59 | 11 | Q. Failure to fulfill duties or responsibilities; |
| 11:52:02 | 12 | correct? |
| 11:52:02 | 13 | A. That's what it states. |
| 11:52:04 | 14 | Q. Insubordination or failure to comply with |
| 11:52:08 | 15 | official directives? |
| 11:52:09 | 16 | A. It states that. |
| 11:52:10 | 17 | Q. Failure to comply with board policies or |
| 11:52:13 | 18 | administrative regulations? |
| | 19 | A. Yes. |
| 11:52:16 | 20 | Q. Failure to meet the district standards of |
| 11:52:18 | 21 | professional conduct? |
| | 22 | A. Yes. |
| 11:52:20 | 23 | Q. A significant lack of student progress |
| 11:52:25 | 24 | attributable to the educator? |
| | 25 | A. Yes. |

| | | |
|---|---|---|
| 11:52:26 | 1 | Q. And any attempt to encourage or coerce a child |
| 11:52:29 | 2 | to withhold information from the child's parent or from |
| 11:52:31 | 3 | other district personnel? |
| | 4 | A. Yes. |
| 11:52:33 | 5 | Q. Is any of that true? |
| | 6 | A. No. |
| 11:52:37 | 7 | Q. It's not? |
| 11:52:38 | 8 | A. No, it's not. |
| 11:52:38 | 9 | Q. None of it? |
| 11:52:39 | 10 | A. None of it. |
| 11:52:48 | 11 | Q. So whoever signed this just made it up; is that |
| | 12 | correct? |
| 11:53:09 | 13 | A. Like I said, it's not true. |
| 11:53:11 | 14 | Q. So my question is, whoever signed this just |
| 11:53:13 | 15 | made it up? |
| 11:53:14 | 16 | A. Like I stated a few minutes ago, Ann Dixon did |
| 11:53:18 | 17 | not know me, had never met me. |
| | 18 | Q. Okay. |
| 11:53:25 | 19 | A. How did she come up with things like that when |
| 11:53:28 | 20 | she didn't know anything about me? To my knowledge, I |
| 11:53:30 | 21 | had never laid eyes on her. |
| 11:53:34 | 22 | Q. Did she receive any kind of recommendations |
| 11:53:37 | 23 | from your supervisor? |
| 11:53:38 | 24 | A. I have no idea. Evidently, she did. |
| 11:53:43 | 25 | Q. Okay. So who do you think made these things up |

| | | |
|---|---|---|
| 11:53:46 | 1 | because you say they're not true? |
| 11:53:47 | 2 | A.   I don't know, ma'am. |
| 11:53:48 | 3 | Q.   You don't know?  You don't think it was |
| 11:53:52 | 4 | Ms. Dixon -- or Dr. Dixon? |
| 11:53:53 | 5 | A.   I don't know. |
| 11:54:00 | 6 | Q.   Okay.  And did this document provide you with |
| 11:54:03 | 7 | notice that you could request a hearing regarding the |
| 11:54:06 | 8 | board's decision? |
| 11:54:10 | 9 | A.   I think I saw that in here, yes. |
| 11:54:16 | 10 | Q.   Did you see anything in the document that |
| 11:54:18 | 11 | appears to be a violation of the district's policy |
| 11:54:22 | 12 | regarding the nonrenewal of term contract employees? |
| 11:54:29 | 13 | MR. WAOBIKEZE:  Objection, form. |
| 11:54:30 | 14 | A.   No, I can't answer that. |
| | 15 | BY MS. HISEL: |
| 11:54:32 | 16 | Q.   Do you think there was anything wrong with the |
| 11:54:34 | 17 | document other than the fact that you think it's not |
| 11:54:36 | 18 | true? |
| 11:54:36 | 19 | A.   I cannot answer that either.  I don't know what |
| 11:54:38 | 20 | you mean you say anything wrong with the document. |
| 11:54:44 | 21 | Q.   Okay.  What did you do after you received this |
| 11:54:52 | 22 | letter? |
| 11:54:52 | 23 | A.   I think I filed with the Texas Workforce |
| 11:55:05 | 24 | Commission. |
| 11:55:05 | 25 | Q.   Let's look at the letter again.  The letter is |

| | | |
|---|---|---|
| 11:55:08 | 1 | dated March 29th, 2009; correct? |
| 11:55:13 | 2 | A.   Which letter? |
| 11:55:13 | 3 | Q.   The letter that's in front of you right now. |
| | 4 | A.   Yes. |
| 11:55:16 | 5 | Q.   Which is, I think, Exhibit 8.  So 19 days |
| 11:55:26 | 6 | earlier on March the 10th, I believe, you received a |
| 11:55:33 | 7 | notice that the superintendent was going to make a |
| 11:55:35 | 8 | recommendation to the board about you -- |
| | 9 | A.   Yes. |
| 11:55:39 | 10 | Q.   -- on -- on March 10th; right? |
| | 11 | A.   Yes. |
| 11:55:41 | 12 | Q.   Nineteen days later, March 29th, you received a |
| 11:55:44 | 13 | letter from Dr. Dixon that she, indeed, had gone |
| 11:55:47 | 14 | forward to the board and made her recommendation; |
| | 15 | right? |
| 11:55:51 | 16 | A.   Yes. |
| 11:55:52 | 17 | Q.   And during that 19-day period, did you do |
| 11:55:57 | 18 | anything to say, "This is way off base.  All this stuff |
| 11:56:01 | 19 | is bogus.  I don't know why you guys are thinking of |
| 11:56:04 | 20 | putting me up for nonrenewal, but this is wrong and I |
| 11:56:07 | 21 | want to tell you why"? |
| 11:56:09 | 22 | A.   No, I didn't. |
| 11:56:09 | 23 | Q.   Why not? |
| 11:56:14 | 24 | A.   Why should I?  After Ms. Ruffin's record, why |
| 11:56:19 | 25 | should I? |

| | | |
|---|---|---|
| 11:56:19 | 1 | Q. And her record was? |
| 11:56:21 | 2 | A. Her treatment toward me. Why should I? |
| 11:56:24 | 3 | Q. And her treatment toward you was that you were |
| 11:56:27 | 4 | put into a different classroom? |
| 11:56:29 | 5 | A. It was more than that, ma'am. |
| 11:56:31 | 6 | Q. What was it? |
| 11:56:32 | 7 | A. I spoke about the markdowns on the appraisals. |
| 11:56:34 | 8 | Q. Did it affect your salary in any way? Did you |
| 11:56:39 | 9 | get a salary increase every year? |
| 11:56:41 | 10 | A. Yes, but -- |
| 11:56:45 | 11 | Q. And I'm sorry if I don't -- if I'm not |
| 11:56:47 | 12 | understanding, help me understand. |
| 11:56:50 | 13 | A. It's not just about salary, ma'am. It was |
| 11:56:54 | 14 | about my integrity, about my profession, about honesty, |
| 11:56:59 | 15 | about a number of things. It wasn't salary. |
| 11:57:05 | 16 | Q. Okay. Well, you talked about honesty, |
| 11:57:09 | 17 | integrity, all of those things. And I admire those |
| 11:57:14 | 18 | things. Nowhere in there did I hear race, sex, |
| 11:57:18 | 19 | discrimination, any of that. And so my question is, |
| 11:57:21 | 20 | are we -- what is the issue? Does it have to do with |
| 11:57:25 | 21 | your feeling of -- |
| 11:57:27 | 22 | A. It was not just feelings. There were actions. |
| 11:57:30 | 23 | Q. Such as? |
| 11:57:31 | 24 | A. I started out -- I talked to you about ACE-CMC |
| 11:57:34 | 25 | and I told you about the markdowns on the appraisals |