AO 450 (Rev. 5/99) Judgment in a Civil Case

FILED
SEP 12 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

# United States District Court
## Western District of Texas

ALTA GARRETT,
      Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

VERNA RUFFIN, MOLLYE WILLIAMS, and JUDSON INDEPENDENT SCHOOL DISTRICT,
      Defendants.

CASE NUMBER:   SA 06 CA 174 OG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

the memorandum and recommendation is ACCEPTED. It is ORDERED that plaintiff's Texas Whistleblower Act claim is DISMISSED for lack of jurisdiction, and that her age discrimination claim is DISMISSED for failure to file a timely age discrimination charge. It is further ORDERED that defendant's summary judgment motion is GRANTED on plaintiff's retaliation and Title VII claims, and on plaintiff's constitutional claims as they are not properly before the Court. Plaintiff's request to amend her complaint is DENIED. Defendant's second and third objections to plaintiff's affidavit are DENIED; all other objections are GRANTED. All pending motions, if any, are DENIED as moot.

SEPTEMBER 12, 2007
Date

WILLIAM G. PUTNICKI
Clerk

Rosanne M. Garza
(By) Deputy Clerk